UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lowry Martin**<br>Plaintiff,<br>v.<br><br>**The Arc of the District of Columbia**<br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-01411 EGS

## PROOF OF SERVICE

Plaintiff respectfully files Proof of Service, on the U.S. Department of Justice and the D.C. Office of Corporation Counsel, of the Complaint filed in the above-styled case, pursuant to the requirements of the Federal False Claims Act, 31 USC 3729-3733, and the D.C. Whistleblower Protection Act, DC Code §1-615.53, which are *qui tam* actions, filed under seal.

Proof of service, as well as service by certified mail, upon the United States Attorney General, is provided as Exhibit A, including pages A-1 and A-3 (personal service) and A-2 (certified mail return receipt). Proof of service upon the D.C. Corporation Counsel is similarly provided as Exhibit B, including pages B-1 and B-3 (personal service) and B-2 (certified mail receipt).

Respectfully submitted,

/s/ *Dawn V. Martin*
Dawn V. Martin, Esquire
Federal Bar Number 412348
*Law Offices of Dawn V. Martin*
1090 Vermont Avenue, Suite 800
Washington, D.C. 20005
(202) 408-7040 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw.com

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/3/05 |
| NAME OF SERVER (PRINT) Miguel Gallardo | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the ~~defendant~~. Place where served: U.S. Dept of Justice, Attorney General, Alberto Gonzales U.S. Dept. of Justice Office of the Attorney General, 950 Pennsylvania Ave., N.W. Washington, D.C., through his designee for personal service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES personal service | TOTAL $50.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/3/05
Date

Signature of Server

5444 Chrettam Circle
Alexandria, VA 22312
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

A-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Number**

**2. Article Addressed to:**

Mr. Alberto Gonzales
U.S. Attorney General
U.S. Dept. Justice
950 Penn. Ave.
Wash. DC

**3. Service Type**
CERTIFIED MAIL

**4. Restricted Delivery? (Extra fee)**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Printed name)    B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
If YES, enter delivery address below.    ☐ Yes    ☐ No

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

A-2



# Law Offices of Dawn V. Martin

Specializing in Equal Employment Opportunity Law and Personal Injury Law

| | |
|---|---|
| 1090 Vermont Avenue | Telephone: (202) 408-7040 |
| Suite 800 | FAX:      (703) 642-0208 |
| Washington, D.C. 20005 | DVMARTINLAW@yahoo.com |

www.dvmartinlaw.com

July 30, 2005

The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20002

Served To   X _____  8/1/05   8/1/05

Re: **"Whistleblower" Litigation against Arc of D.C. for Termination of Ms. Lowry Martin in Retaliation for Complaints of Non-Compliance with Federal and D.C. Funding Requirements for Assisting Persons with Mental Retardation**

Dear Mr. Gonzales:

Pursuant to the requirements of the Federal False Claims Act, 31 USC 3729-3733, and the D.C. Whistleblower Protection Act, DC Code §1-615.53, which are *qui tam* actions, I am forwarding to you the Complaint which I filed on behalf of Ms. Lowry Martin, under seal, on July 15, 2005, *Martin v. the Arc of the District of Columbia*, C.A. # 05-01411, assigned to Judge Emmett G. Sullivan.

The ARC terminated Ms. Martin after she filed a grievance regarding a co-worker's failure to perform her duties for a client, who is a person with mental retardation. Instead of processing Ms. Martin's grievance, as required by the ARC"S own written policy, incorporated into the employment contract, the Arc's managers terminated Ms. Martin. The Arc's Director chastised Ms. Martin for her statement in her Grievance regarding the treatment of clients awaiting jobs who were supposed to be receiving training, but were sitting in the Arc's waiting room, day after day, with no job and no training.

The Arc Director expressed fear that Ms. Martin would report the lack of required client services to outside sources and accused Ms. Martin of not being a "team player." The Arc violated its own progressive discipline policy and terminated Ms. Martin, effective immediately, without warning, although the Arc has never claimed that Ms. Martin committed any misconduct or was, in any way, deserving of even minor discipline. The Arc provided no reason to the Maryland State Unemployment Insurance

A-3

# EXHIBIT B

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/2/05 |
| NAME OF SERVER (PRINT) Miguel Gallardo | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the ~~defendant~~. District of Columbia Place where served: Robert Spagnoletti, D.C. Corp Counsel Office of the D.C. Corporation Counsel, 441 4th St., N.W., 10th Floor Washington, D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1 Hour | personal service | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/2/05
               Date

Signature of Server

5444 Chieftam Cirle
Alexandria, VA 22312
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B-1

| Sender: Complete this section | Complete this section upon Delivery: | |
|---|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | | |
| 1. Article Number<br><br>7091 2130 0580 0000 3106 | A. Received by (Printed name) | B. Date of Delivery<br><br>8-3-05 |
| 2. Article Addressed to:<br><br>Robert Spumolette<br>Gen. Counsel, DC<br>Office of Gen'l Counsel<br>441 4th St NW 10 Fl<br>Wash. DC 20001 | C. Signature<br><br>*G. Howard* | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 2?<br>If YES, enter delivery address below | ☐ Yes<br>☐ No |
| 3. Service Type<br><br>CERTIFIED MAIL | | |
| 4. Restricted Delivery? (Extra fee) | | |

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

B-2



## *Law Offices of Dawn V. Martin*

Specializing in Equal Employment Opportunity Law and Personal Injury Law

| | |
|---|---|
| 1090 Vermont Avenue | Telephone: (202) 408-7040 |
| Suite 800 | FAX:        (703) 642-0208 |
| Washington, D.C. 20005 | DVMARTINLAW@yahoo.com |

www.dvmartinlaw.com

July 30, 2005

Robert Spagnoletti
Corporation Counsel
441 4th Street, N.W.
Suite 6S043
Washington, DC 20001

Re: **"Whistleblower" Litigation against Arc of D.C. for Termination of Ms. Lowry Martin in Retaliation for Complaints of Non-Compliance with Federal and D.C. Funding Requirements for Assisting Persons with Mental Retardation**

Dear Mr. Spagnoletti :

Pursuant to the requirements of the Federal False Claims Act, 31 USC 3729-3733, and the D.C. Whistleblower Protection Act, DC Code §1-615.53, which are *qui tam* actions, I am forwarding to you the Complaint which I filed on behalf of Ms. Lowry Martin, under seal, on July 15, 2005, *Martin v. the Arc of the District of Columbia*, C.A. # 05-01411, assigned to Judge Emmett G. Sullivan.

The ARC terminated Ms. Martin after she filed a grievance regarding a co-worker's failure to perform her duties for a client, who is a person with mental retardation. Instead of processing Ms. Martin's grievance, as required by the ARC"S own written policy, incorporated into the employment contract, the Arc's managers terminated Ms. Martin. The Arc's Director chastised Ms. Martin for her statement in her Grievance regarding the treatment of clients awaiting jobs who were supposed to be receiving training, but were sitting in the Arc's waiting room, day after day, with no job and no training.

The Arc Director expressed fear that Ms. Martin would report the lack of required client services to outside sources and accused Ms. Martin of not being a "team player." The Arc violated its own progressive discipline policy and terminated Ms. Martin, effective immediately, without warning, although the Arc has never claimed that Ms. Martin committed any misconduct or was, in any way, deserving of even minor discipline. The Arc provided no reason to the Maryland State Unemployment Insurance

B-3