UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWRY MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARC OF THE DISTRICT OF COLUMBIA,<br><br>  Defendants. | Civil Action No. 05-1411 (EGS)<br>SEALED |

**FILED**
APR 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Plaintiff commenced this action on July 15, 2005, and proof of service was filed by the plaintiff on September 8, 2005. In view of the lack of any subsequent activity in this case, it is by the Court hereby

**ORDERED**, *sua sponte*, that this case is **DISMISSED** without prejudice to refiling for failure to prosecute, and shall be removed from this Court's active calendar.

Date: 4/6/06

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE