UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lowry Martin, )
    Plaintiff, )
    v. ) Civil Action No. 05-01411 (EGS)
)
The Arc of the District of Columbia )   JURY TRIAL DEMANDED
    Defendant. )
)

## PLAINTIFF'S MOTION TO REOPEN CASE AND UNSEAL COMPLAINT

Plaintiff Lowry Martin respectfully moves this Court to reopen the above-styled case, to unseal the record, and to allow her to proceed with her litigation against Defendant, The Arc of the District of Columbia.

## MEMORANDUM IN SUPPORT OF MOTION

On April 6, 2006, this Court dismissed, without prejudice, Plaintiff's case for failure to prosecute. In fact, Plaintiff has not neglected or forgotten her case, but has been awaiting decisions from the Government of the District of Columbia and the United States Department of Justice, with respect to whether they will intervene in her *qui tam* litigation, as is required by The False Claims Act, 31 U.S.C. §§ 3729-3733 and the D.C. Whistleblower Protection Act, DC Code §1-615.53, before requesting that this Court unseal the Complaint and allow Plaintiff to serve it upon the Defendant.

As noted by the Court, Plaintiff provided the Court with proof of service on the United States government, as well as the Government of the District of Columbia. Plaintiff was not only required, by statute, to serve these government agencies as a pre-requisite to suit, but both the public interest and Plaintiff would be served by the participation of these agencies in her *qui tam* action.

The Government of the District of Columbia did not acknowledge Plaintiff's Complaint until October 24, 2005. On that date, the Government of the District of Columbia, Office of the Attorney General, Civil Enforcement Section, through its Assistant Attorney General, Khadija Muhammed-Starling, notified Plaintiff that it would be forwarding her Complaint to the appropriate agency for investigation. (**Exhibit A**). Understanding the backlog of investigations on the city, and the particular shortage of staff during the upcoming holidays, Plaintiff patiently awaited a response.

On March 17, 2006, after receiving no information regarding its investigation Plaintiff, through her counsel, called Khadija Muhammed-Starling to learn the status of the District's investigation. Ms. Muhammed-Starling indicated that a letter from the District would be forthcoming shortly. To date, Plaintiff has not yet received such letter, nor has she received a response from the federal government.

In light of the passage of time and Plaintiff's desire to proceed with her litigation, Plaintiff respectfully requests that her case be reopened and her Complaint unsealed so that she may serve the Defendant with her Complaint and proceed with her litigation.

Respectfully submitted,

Dawn V. Martin, Esquire
Federal Bar Number 412348
*Law Offices of Dawn V. Martin*
1090 Vermont Avenue, Suite 800
Washington, D.C. 20005
(202) 408-7040 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw.com

2

# EXHIBIT A

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

Civil Enforcement Section



October 24, 2005

Dawn Martin, Esq.
1090 Vermont Avenue
Suite 800
Washington, D.C. 20005

Re: Lowry Martin/
The Arc of the District of Columbia

Dear Ms. Martin:

My office received the enclosed compliant, filed under seal, which alleges that the Arc of the District of Columbia is fraudulently misusing Medicaid funds obtained from the District of Columbia in the administration of its job training and placement program for individuals with mental disabilities. As such, I have forwarded this complaint to the Medicaid Fraud Unit of the District of Columbia for investigative purposes.

If I can be of assistance to you or if you have any questions, please do not hesitate to contact me at (202) 727-0874. Thank you.

Sincerely,

ROBERT J. SPAGNOLETTI
Attorney General

BY: *Khadijah Muhammad-Starling*
Khadijah Muhammad-Starling
Assistant Attorney General
Office of the Attorney General
Civil Enforcement Section
441 4th Street, N.W., Suite 450 North
Washington, D.C. 20001