RECEIVED
NOV 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

| | |
|---|---|
| **Lowry Martin,** ) | |
| Plaintiff, ) | Civil Action No. 05-01411 |
| v. ) | EGS |
| ) | |
| **The Arc of the District of Columbia** ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS FOR APPELLANT'S COUNSEL

Please be advised that the business address of Plaintiff/Plaintiff's counsel, the *Law Offices of Dawn V. Martin*, is no longer located at 1090 Vermont Avenue, N.W., Suite 800, Washington, D.C. 2005, but has moved to 1725 I Street, Suite 300, Washington, D.C. 20006. The telephone number, fax number and e-mail address remain the same.

Respectfully submitted,

Dawn V. Martin, Esquire
D.C. Federal Bar No. 412348
*Law Offices of Dawn V. Martin*
1725 I Street, Suite 300
Washington, D.C. 20006
(202) 408-7040/(703) 642-0207
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lowry Martin,** ) | |
| Plaintiff, ) | Civil Action No. 05-01411 |
| v. ) | EGS |
| ) | |
| **The Arc of the District of Columbia** ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 19th^th day of November, 2006, a true copy of Plaintiff's *Notice of Change of Address*, was mailed, first class, postage pre-paid, to:

The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20002

and

Robert Spagnoletti
Corporation Counsel
441 4th Street, N.W.
Suite 6S043
Washington, DC 20001

*Dawn V. Martin*
Dawn V. Martin, Esquire
D.C. Federal Bar No. 412348
*Law Offices of Dawn V. Martin*
1725 I Street, Suite 300
Washington, D.C. 20006
(202) 408-7040 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw