UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lowry Martin,<br>    Plaintiff,<br>    v.<br><br>The Arc of the District of Columbia<br>    Defendant. | Civil Action No. 05-01411<br>EGS<br><br>JURY TRIAL DEMANDED |

SEALED
RECEIVED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION TO CONVERT STATUS CONFERENCE TO TELEPHONE CONFERENCE

Plaintiff respectfully requests that the status conference now set for Thursday, December 14, 2006 be converted to a telephone conference, or, in the alternative, be postponed.

### MEMORANDUM IN SUPPORT OF MOTION

Plaintiff's counsel injured her leg in a household accident on Monday, December 11, 2006. She tore the muscle of her right thigh and is unable to walk without assistance, and even then, with great pain. Even with a cane and the leg wrapped with Ace bandages, the leg spontaneously gives out, spasms and causes severe pain.

Counsel is currently under a doctor's care and is taking medication for pain. The leg is expected to completely heal within approximately six weeks, with proper care. Counsel is advised by her doctor to stay off the leg as much as possible to promote healing, particularly during the first week following the injury. Counsel is therefore unable to physically attend the status conference scheduled for Thursday.

In order not to disadvantage the plaintiff, Lowry Martin, by further delaying her case, counsel respectfully requests that the scheduled conference go forward, as a telephone conference. Since the case is currently under seal, pursuant to the requirements of the "Whistleblower," or False Claims Act, the defendant has not been served, will not be

participating in the conference and therefore cannot be prejudiced, in any way, by the conversion of the conference to a telephone conference. In fact, since the case is under seal, a telephone conference, in chambers, would eliminate the necessity of clearing and sealing the courtroom for the status conference.

Pursuant to both the federal and False Claims Acts Both the U.S. Department of Justice and the D.C. District Attorney were served with the Complaint and Plaintiff's motions to reinstate her complaint and for a status conference. They are also being served with the present motion. If any representatives of the government elect to participate in the conference, the undersigned's participation, by telephone, would not, in any way, prevent their participation, either by phone or in person. There is no indication, however, that any government representatives will attend.

The purpose of the status conference is only to reinstate Ms. Martin's Complaint and remove the seal on the case so that she can serve the Defendant, the ARC of the District of Columbia, pursuant to the False Claims Act, begin to discovery, mediation and/or other processes necessary to litigate her case, which was timely filed. Plaintiff anticipates that a telephone conference to discuss this issue will take only a matter of minutes. In fact, if the Court sees fit to reinstate the case and unseal the complaint, based on the filings alone, a conference is not necessary at all.

Plaintiff's counsel can best be reached at this time at (703) 642-0207 (home office).

Respectfully submitted,

*[signature]*

Dawn V. Martin, Esquire
D.C. Federal Bar No. 412348
*Law Offices of Dawn V. Martin*
1725 I Street, Suite 300
Washington, D.C. 20006
(202) 408-7040/(703) 642-0207 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Lowry Martin,** | ) | |
| Plaintiff, | ) | Civil Action No. 05-01411 |
| v. | ) | EGS |
|  | ) | |
| **The Arc of the District of Columbia** | ) | |
| Defendant. | ) | |
|  | ) | |

## ORDER

Upon consideration of Plaintiff's motion to *convert status conference to telephone conference*, Plaintiff's motion is **GRANTED**, in all respects.

**SO ORDERED.**

                                                                          _____
                                                                          The Honorable Emmet G. Sullivan
                                                                          U.S. District Court for the District of Columbia

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lowry Martin,** ) | |
| Plaintiff, ) | Civil Action No. 05-01411 |
| v. ) | EGS |
| ) | |
| **The Arc of the District of Columbia** ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 12th day of December, 2006, a true copy of Plaintiff's *Motion to Convert Status Conference to Telephone Conference*, was mailed, first class, postage pre-paid, to:

The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20002

and

Robert Spagnoletti
Corporation Counsel
441 4th Street, N.W.
Suite 6S043
Washington, DC 20001

_____
Dawn V. Martin, Esquire
D.C. Federal Bar No. 412348
*Law Offices of Dawn V. Martin*
1725 I Street, Suite 300
Washington, D.C. 20006
(202) 408-7040 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw

4