UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LOWRY MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1411 (EGS) |
| ARC OF THE DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**FILED**
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the entire record, it is by the Court hereby

**ORDERED** that plaintiff's Motion for a Status Conference, or in the alternative, to Reopen the Case and Unseal the Record is **GRANTED**. Notwithstanding the Court's Order of June 13, 2006, this case has remained sealed to date; therefore it is

**FURTHER ORDERED** that the entire case is **UNSEALED**; and it is

**FURTHER ORDERED** that the status conference set for December 14 is **VACATED**, and rescheduled to February 28, 2007, at 12:30 pm; and it is

**FURTHER ORDERED** that plaintiff's Motion to Convert the December Conference to a Telephone Conference is **DENIED** as moot.

Signed:   **Emmet G. Sullivan**
**United States District Judge**
**December 18, 2006**

1