UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lowry Martin ) | |
| ) | |
|     Plaintiff, ) | Civil Action No.: 1:05CV01411 |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ) | |
| The Arc of the District of Columbia ) | |
| ) | |
|     Defendant. ) | |

## MOTION TO QUASH SERVICE AND DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5), Defendant The Arc of the District of Columbia, Inc. ("The Arc"), through counsel, hereby moves to quash service of process and to dismiss the Complaint. The Complaint was filed on July 15, 2005. On or about January 12, 2007, Plaintiff, attempted to serve the Summons and Complaint on Defendant by leaving a copy with a legal assistant at the office of the undersigned counsel without first obtaining a waiver. The proper parties to receive service are Defendant's corporate officers. This is not valid service under Federal Rules of Civil Procedure 4(h) or D.C. law.

Under Federal Rules of Civil Procedure 4(m), a complaint must be served within 120 days of filing. The Complaint was filed on July 15, 2005 and it has not been properly served on Defendant to date. Therefore, the Complaint should be dismissed without prejudice under Rule 4(m).

A separate memorandum of points and authorities and a proposed order are being filed herewith.

                                                   Respectfully submitted,

                                                   **JACKSON LEWIS LLP**

January 31, 2007                                By: /s/_____
                                                  Michael N. Petkovich (D.C. Bar No.461244)
                                                  8614 Westwood Center Drive, Suite 950
                                                  Vienna, Virginia 22182
                                                  (703) 821-2189
                                                  (703) 821-2267 (fax)
                                                  *Attorney for Defendant*