# EXHIBIT 1

# TO ATTACHMENT 1 – MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lowry Martin,

SUMMONS IN A CIVIL CASE

V.

The ARC of the District of Columbia

CASE NUMBER: 05-01411 *E.G.S*

TO: (Name and address of Defendant)

The ARC of the District of Columbia
900 Varnum Street, N.E.
Washington, D.C. 20017-2950

*Serve counsel:*

Michael Petkovich, Esquire
Jackson and Lewis
8614 Westwood Center Drive
Vienna, Virginia 22182

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dawn V. Martin, Esquire
Law Offices of Dawn V. Martin
1725 I Street, Suite 300
Washington, D.C. 20006
(202) 408-7040/(703) 640-0207 telephone
(703) 642-0208 facsimile

DVMARTINLAW@yahoo.com
www.dvmartinlaw.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           JAN 11, 2007
_____                 _____
CLERK                                              DATE

*Jackie Frances*
_____
(By) DEPUTY CLERK