# EXHIBIT 2

# TO ATTACHMENT 1 – MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS



### The Arc of the District of Columbia, Inc. Board of Directors

#### Officers

| | |
|---|---|
| President | Robert A. Andersen, Ph.D. |
| Vice President | Vincent C. Gray |
| Secretary | Senora D. Simpson, Ph.D. |
| Treasurer | Mitchell Miller, CPA |
| Immediate Past President | Robert C. Downs |

#### Directors At Large

| | |
|---|---|
| Panchita Bello | Jean Jordan |
| Colleen Brennan | Burton Penn, Esq. |
| Anthony Johnson | Gerald Wolf, Ph.D. |

#### 2006 Nominations

| | |
|---|---|
| Walter Fagget, MD | Joanne Jackson |
| Andrew Gordon, Ph.D. | Neil Albert |
| Joseph Askew | |

#### Board Emeritus

| | |
|---|---|
| Bertha Atkin | *Eva Johnson, Ph.D. |
| Kenneth L. Samuelson, Esq. | Elmer Moore |
| Joyce Broome | Harold G. Evans |
| Lita Datlow | |

*We regret to announce the passing of Ms. Eva Johnson, Ph.D., a dedicated advocate for the rights of persons with developmental disabilities. She will be remembered by The Arc of DC for her outstanding service and generosity.

#### Chief Administrative Personnel

Executive Director - Mary Lou Meccariello
Chief Financial Officer – Tom Dempsey
Director of Human Resources/Administrative Services – Michael Gonzales
Director "My Own Place" – Kim Scott-Hopkins
Director of Professional & Program Development– Arlene Johnson
Director of Employment Services– Monita Short-Ellis
Director of Advocacy & Public Policy – T.J. Sutcliffe
Deputy Director of Commercial Services – Kevin Griffith
Director of Communications and Resource Development – Kate Minkiewicz

*A United Way/CFC/DC One Fund Participating Agency #8032*