UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lowry Martin ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05CV01411 |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ) | |
| The Arc of the District of Columbia ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has considered Defendant's motion to dismiss and to quash service of process, and all arguments submitted in support thereof and in opposition thereto. Finding good cause, Defendant's motion is hereby GRANTED. Service of process upon The Arc of the District of Columbia, Inc., shall be QUASHED and the Complaint shall be DISMISSED.

IT IS SO ORDERED, this _____, day of _____, 2007.

The Honorable Emmet G. Sullivan
U.S. District Court Judge

Copies to:

Michael N. Petkovich
Jackson Lewis LLP
8614 Westwood Center Drive,
Suite 950
Vienna, Virginia 22182


Dawn V. Martin
The Law Offices of Dawn V. Martin
1725 I Street, NW
Suite 300
Washington, D.C. 20006


The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20002


Linda Singer, Esq.
District of Columbia
Office of the Attorney General
441 4th Street NW
Suite 1060 N
Washington, DC 20001

**CERTIFICATE OF SERVICE**

I CERTIFY on January 31, 2007, a copy of the foregoing *Motion to Quash Service and to Dismiss the Complaint, Memorandum in Support, and Proposed Order* were mailed, first-class mail, postage prepaid, to the following:

> Dawn V. Martin, Esq.
> The Law Offices of Dawn V. Martin
> 1725 I Street, NW, Suite 300
> Washington, D.C. 20006
> *Counsel for Plaintiff*

> The Honorable Alberto Gonzales
> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20002

> Linda Singer, Esq.
> District of Columbia
> Office of the Attorney General
> 441 4th Street NW
> Suite 1060 N
> Washington, DC 20001

          ___/s/_____
          Michael N. Petkovich