

## *Law Offices of Dawn V. Martin*

Specializing in Equal Employment Opportunity Law and Personal Injury Law

| | |
|---|---|
| 1090 Vermont Avenue | Telephone: (202) 408-7040 |
| Suite 800 | FAX:   (703) 642-0208 |
| Washington, D.C. 20005 | DVMARTINLAW@yahoo.com |
| Website: http://www.firms.findlaw.com/dvmartinlaw | |

August 8, 2004

Robert A. Anderson, PHD
President, Board of Directors
The Arc of the District of Columbia
900 Varnum Street, N.E.
Washington, D.C. 20017-2950

**By certified mail**

Re: **Litigation against ARC for Termination of Ms. Lowry Martin**

Dear Mr. Anderson:

    I represent Ms. Lowry Martin, a recently terminated employee of the ARC. I sent the attached letter to Mr. Mary Lou Meccariello, Director of the ARC, on July 20, 2004. I was recently advised that I should direct my correspondence to the President of the Board of Directors.

    Before filing a lawsuit, certainly I want to make every reasonable attempt to settle this matter in the best interests of all concerned. I have not received a response to my letter from Ms. Meccariello. Please advise me as to whom I should direct my future communications.

    Please feel free to call me to discuss this matter.

Sincerely,

Dawn V. Martin