UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lowry Martin,**<br>Plaintiff,<br>v.<br><br>**The Arc of the District of Columbia**<br>Defendant. | Civil Action No. 05-01411 |

## DECLARATION OF MIGUEL A. GALLARDO

I, Miguel Gallardo, depose and say, under the penalty of perjury:

1) I am over the age of 18 years old. I reside at 5444 Chieftain Circle, Alexandria, Virginia 22312.

2) On January 12, 2007, at 12:30 p.m., I personally went to the business office of the law firm of Jackson Lewis, LLP, at 8614 Westwood Center Drive, Suite 950, Vienna, Virginia 22182, to serve the Complaint and Summons, in the case of *Lowry Martin v. the Arc of the District of Columbia*, on the Defendant's attorneys, as instructed by Dawn V. Martin, Esquire, attorney for Plaintiff Lowry Martin.

3) Upon entering the law office, I was greeted by a woman the reception desk who identified herself as Ms. Noren Koshov.

4) I did not meet anyone who identified herself as Mary Irwin.

5) I asked Ms. Koshov whether Mr. Petkovich was available because I had to serve him with a Complaint and a summons.

6) Ms. Koshov inspected the Complaint and Summons and told me that she would "gladly" take it for Mr. Petkovich and that she usually accepts service for the law firm.

7) I asked Ms. Koshov sign her name and spell her name. I wrote out her name, in clear letters, to ensure the correct spelling of this unusual name.

I swear that the above statements are true, to the best of my recollection.

*[signature]*

Miguel A. Gallardo

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 1-12-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MIGUEL GALLARDO | PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant's counsel. Place where served: JACKSON AND LEWIS, LLP 8614 WESTWOOD CTR. DR. VIENNA, VA. 22182

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT SUMMONS WITH MS. NOVEN KOSHOV

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1 HR 1/2 | PROCESS SERVICE | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-12-07

Signature of Server

5444 CHIEFTAIN CIRCLE
ALEXANDRIA VA. 22312
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.