# EXHIBIT 1

# JACKSON LEWIS LLP

**DC REGION OFFICE**  
8614 Westwood Center Drive, Suite 950  
Vienna, Virginia 22182  
WashingtonDCRegion@jacksonlewis.com

www.jacksonlewis.com  
Telephone: 703-821-2189  
Fax 9th Floor: 703-821-2267  
Fax 8th Floor: 703-821-6670

| ATTORNEY | EXT. | Direct Dial | SECRETARY | EXT. | Direct Dial |
|---|---|---|---|---|---|
| ARIAIL, KARA M. | 305 | | KIMBERLY SALDUTTI | 317 | |
| BROWN, TYLER A.[*] | 301 | | NANCY BUSSEY | 316 | |
| CABANA, ANDREW S. | 309 | | NANCY BUSSEY | 316 | |
| de BERNARDO, MARK A. | 308 | | ANGIE DOSTER | 318 | |
| FU, MINNIE | 331 | | TBD | | |
| HARPER, JENNIFER A. | 328 | | TBD | | |
| MAK, PAM | 330 | | TBD | | |
| NIEMAN, MATTHEW F. | 310 | | NANCY BUSSEY | 316 | |
| PETKOVICH, MICHAEL N. | 303 | | MARY IRWIN | 315 | |
| REMY, JOHN M. | 306 | | MARY IRWIN | 315 | |
| SCHULER, JOSEPH E. | 314 | | ANGIE DOSTER | 318 | |
| WEINRICH, HAROLD R. | 302 | | KIMBERLY SALDUTTI | 317 | |
| WRIGHT, TERESA BURKE | 304 | | KIMBERLY SALDUTTI | 317 | |

| IMMIGRATION PARALEGALS | | |
|---|---|---|
| HUANG, VERA | 333 | |
| YAROCH, RITA | 334 | |

| OFFICE STAFF | | |
|---|---|---|
| NICOLE BRUGIONI  *Receptionist* | 327 | |
| BRENDA HANSEN  *Office Administrator* | 307 | |
| LAURA SENENKO  *Firm Marketing Coordinator* | 337 | |

| OTHER | | |
|---|---|---|
| CONFERENCE ROOM | 321 | |
| COPY/FILE ROOM (9TH Floor) | 325 | |
| COPY/FILE ROOM (8th Floor) | 332 | |
| KITCHEN | 320 | |
| LIBRARY (9TH Floor) | 328 | |
| LIBRARY (8TH Floor) | 339 | |
| TELECOM/DATA ROOM | 326 | |

**INSTITUTE FOR A DRUG-FREE WORKPLACE**  
www.drugfreeworkplace.org

| Tel: | 703.228.4300 | Fax: | 703.506.0064 |
|---|---|---|---|
| Kelly Gulich | | | Ext. 329 |

Key: [*] MANAGING PARTNER / NOTARY

*As of 10/16/2006*