UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOWRY MARTIN,              )<br>                            )<br>          Plaintiff,       )<br>                            )<br>          v.                )<br>                            )<br>ARC OF THE DISTRICT        )<br>OF COLUMBIA,                )<br>                            )<br>          Defendant.        )<br>                            ) | Civil Action No. 05-1411 (EGS) |

**ORDER**

Pending before the Court are defendant's motions to quash service and dismiss the complaint and plaintiff's motion to strike defendant's reply brief.  There is no evidence that defendant's counsel was expressly authorized by defendant to receive process, as opposed to general correspondence, on defendant's behalf.  Therefore, plaintiff's service of process was improper under Rule 4(h).  *See Wilson v. Prudential Fin.*, 332 F. Supp. 2d 83, 87-89 (D.D.C. 2004).  Although plaintiff may have now technically violated Rule 4(m) by failing to properly serve defendant within 120 days, the Court exercises its discretion to extend the time for service because of the delay due to the sealed status of this case that was beyond plaintiff's control. *See id.* at 90-91.  Finally, because defendant's motions were non-frivolous, plaintiff's request for sanctions is unwarranted.

1

Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss the complaint is **DENIED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that defendant's motion to quash service is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiff shall properly serve defendant no later than June 5, 2007; and it is

**FURTHER ORDERED** that plaintiff's motion to strike defendant's reply brief is **DENIED** as moot because the arguments made in the brief did not affect the outcome of defendant's motions.

**SO ORDERED.**

**Signed by:      EMMET G. SULLIVAN**
**                UNITED STATES DISTRICT JUDGE**
**                April 5, 2007**