# AFFIDAVIT OF PROCESS SERVER

## United States District Court             District Of Columbia

**Lowry Martin**

    Plaintiff

vs.

**The Arc of the District of Columbia**

    Defendant

Attorney:

Dawn V. Martin, Esquire
1090 Vermont Ave., N.W., Suite 800
Washington, DC. 20005

**Case Number:** 1:05CV01411

Legal documents received by Same Day Process Service on May 24th, 2007 at 3:30 PM to be served upon **The Arc of the District of Columbia at 817 Varnum St., NE, Washington, DC. 20017**

I, Brandon A. Snesko, swear and affirm that on **May 25th, 2007 at 12:40 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-G; Order** to **Mary Lou Meccariello** as **Executive Director** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 60   Height: 5'4   Weight: 140   Skin Color: White   Hair Color: Blond   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000003192

District of Columbia : SS
Subscribed and Sworn to before me
this 25TH day of B/ay, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.