UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Lowry Martin** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV01411 |
| v. | ) | |
| | ) | Judge Emmet G. Sullivan |
| | ) | |
| **The Arc of the District of Columbia** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Court has considered Defendant's motion to dismiss for failure to plead with particularity and failure to state a claim, all arguments submitted in support thereof and in opposition thereto. Finding good cause, Defendant's motion is hereby GRANTED.

The Complaint shall be DISMISSED with prejudice.

IT IS SO ORDERED, this _____, day of _____, 2007.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge

Copies to:

Michael N. Petkovich
Jackson Lewis LLP
8614 Westwood Center Drive,
Suite 950
Vienna, Virginia 22182


Dawn V. Martin
The Law Offices of Dawn V. Martin
1725 I Street, NW
Suite 300
Washington, D.C. 20006


The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20002


Linda Singer, Esq.
District of Columbia
Office of the Attorney General
441 4th Street NW
Suite 1060 N
Washington, DC 20001