# EXHIBIT 1

# PERSONNEL POLICIES MANUAL

## The Arc of the District of Columbia, Inc.

900 Varnum Street, N.E.
Washington, D.C.  20017

Telephone: (202) 636-2950
Fax: (202) 636-2996
www.dcarc.org

# The Arc of the District of Columbia, Inc.

## Personnel Policies Manual

# INDEX

**SECTION 1**      **INTRODUCTION**

1.1    PURPOSE OF THE MANUAL
1.2    AUTHORITY AND DISTRIBUTION OF MANUAL
1.3    SUPPLEMENTS TO THE MANUAL
1.4    ESTABLISHING NEW OR REVISED POLICY
1.5    EMPLOYMENT-AT-WILL

**SECTION 2**      **EMPLOYMENT, INDUCTION, ORIENTATION AND TRAINING**

2.1    EMPLOYMENT
     2.1.1   Qualifications
     2.1.2   Categories of Employment
         2.1.2.1 Probationary employees
         2.1.2.2 Regular employees
         2.1.2.3 Temporary employees
         2.1.2.4 Part-time employees

2.2    INDUCTION
     2.2.1   Selection of Employee (Procedure)
     2.2.2   Pre-Employment Physical Examination
     2.2.3   Policy on Employing Former Employees and Relatives

2.3    ORIENTATION
2.4    TRAINING

**SECTION 3**      **AFFIRMATIVE ACTION & EQUAL EMPLOYMENT PRACTICES**

3.1    PHILOSOPHY OF AFFIRMATIVE ACTION
     3.1.1   Recruitment
     3.1.2   Job placement and Promotions
     3.1.3   Training and Development
     3.1.4   Compensation and Employee Benefits
     3.1.5   Working Conditions and Facilities
     3.1.6   Layoffs and Terminations
     3.1.7   Communication of EEO Policies
     3.1.8   Affirmative Action Program Coordinator

3.2     EQUAL EMPLOYMENT OPPORTUNITY
        3.2.1   Required Qualifications
        3.2.2   Influences not Affecting Employee/Employer Relations
        3.2.3   Wages and Benefits
        3.2.4   Solicitations or Advertisements for Employees
        3.2.5   Consumers

**SECTION 4          HOURS OF WORK, ATTENDANCE AND LEAVE POLICIES**

4.1     DEFINITION OF WORKWEEK
        4.1.1   Recording Work Time
        4.1.2   Lunch/Rest Periods

4.2     POLICY ON ATTENDANCE AND NORMAL WORKING HOURS

4.3     POLICY ON OVERTIME
        4.3.1   General Policy
        4.3.2   Exempt Personnel
        4.3.3   Non-Exempt Personnel

4.4     LEAVE POLICIES
        4.4.1   Annual Leave
                4.4.1.1 Use and Limitation
                4.4.1.2 Rates of Annual Leave Accrual and Accumulation
                4.4.1.3 New Employees
                4.4.1.4 Part-time Employees
                4.4.1.5 Temporary Employees

        4.4.2   Sick Leave
                4.4.2.1 Definition
                4.4.2.2 Eligibility and Benefits
                4.4.2.3 Rates of Accrual and Accumulation
                4.4.2.4 Advance Sick Leave
                4.4.2.5 Maternity

        4.4.3   Leaves of Absence
                4.4.3.1 Definition
                4.4.3.2 Eligibility

        4.4.4   D.C. Family and Medical Leave Act
                4.4.4.1 Eligibility
                4.4.4.2 Retention of Benefits
                4.4.4.3 Family Leave
                4.4.4.4 Medical Leave

4.4.4.5 Reasonable Notice

4.4.5  Bereavement Leave
4.4.6  Holiday Leave
4.4.7  Administrative Leave
4.4.8  Jury Duty or Court Appearance Leave
4.4.9  Military/Furlough Leave
4.4.10 Policy on Inclement Weather


**SECTION 5        WAGES AND SALARIES**

5.1    BASIC WAGE AND SALARY POLICIES
5.2    HOW WAGES AND SALARIES ARE DETERMINED
5.3    METHOD OF PAYMENT
5.4    STATEMENT OF EARNINGS AND DEDUCTIONS
       5.4.1   Payroll Deductions (Required)
       5.4.2   Payroll Deductions (Voluntary)
       5.4.3   Garnishments and Wage Attachments


**SECTION 6        REDUCTIONS IN FORCE**

6.1    LAYOFFS
       6.1.1   Advance Notice of Layoffs
       6.1.2   How Layoffs Affect Seniority
       6.1.3   Recall
       6.1.4   Furloughs


**SECTION 7        PROMOTIONS AND TRANSFERS**

7.1    PROMOTIONS
       7.1.1   Performance Review
       7.1.2   Skill and Length of Service
       7.1.3   How Promotions Affect Seniority
       7.1.4   How Promotions Affect Pay

7.2    TRANSFERS
       7.2.1   Definition of Transfer
       7.2.2   Procedure for Employee Transfer
               7.2.2.1 Employee Initiated Transfers
               7.2.2.2 ARC OF DC Initiated transfers


**SECTION 8        EMPLOYEE BENEFITS AND AWARDS**

8.1    BENEFIT PROGRAMS
  8.1.1 Eligibility
  8.1.2 Enrollment
  8.1.3 Medical Insurance Continuation Coverage

8.2    LENGTH OF SERVICE AWARDS
8.3    DAVID SILBERMAN MEMORIAL AWARD
8.4    EMPLOYEE LOANS AND ADVANCES
8.5    REIMBURSEMENT FOR USE OF PERSONAL AUTOMOBILES
8.6    OTHER EMPLOYEE PRIVILEGES

**SECTION 9   GRIEVANCE  PROCEDURE**

9.1    POLICY ON GRIEVANCES
  9.1.1 Procedure

9.2    REMEDIES RESULTING FROM GRIEVANCE PROCEDURES
9.3    GRIEVANCE SESSIONS DURING WORK AND NON-WORK HOURS

**SECTION 10   DISCIPLINARY ACTION AND TERMINATION**

10.1    POLICY
10.2    DESCRIPTION OF ACTION WHICH WARRANTS DISCIPLINARY ACTION
  10.2.1  Simple Misconduct
  10.2.2  Gross Misconduct

10.3    PROGRESSIVE DISCIPLINARY PROCESS
  10.3.1  Verbal Warnings
  10.3.2  Written Warnings
  10.3.3  Return to Probationary Status
  10.3.4  Suspension Without Pay
  10.3.5  Discharges

**SECTION 11 EXIT PROCESS**

11.1    POLICY STATEMENT REQUIRING EMPLOYEE NOTICE OF  INTENT TO RESIGN
11.2    EXIT INTERVIEW POLICY
11.3    EXIT INTERVIEW OBJECTIVES
11.4    RETURN OF ARC OF DC PROPERTY

**SECTION 12 OTHER ARC OF DC POLICIES**

12.1    EMPLOYEE CONDUCT
12.2    PERSONAL APPEARANCE
12.3    USE OF COMMUNICATION SYSTEM
12.4    SAFETY
 12.4.1 General Policy
   12.4.1.1  Work site Safety
   12.4.1.2  Evacuation Safety
   12.4.1.3  Vehicle Safety

12.5    SECURITY
 12.5.1 General Policy
   12.5.1.1  Personal Property
   12.5.1.2 Visitors

12.6    CONFIDENTIAL NATURE OF BUSINESS
12.7    SMOKING
12.8    DRUGS AND NARCOTICS
 12.8.1 General Policy
   12.8.1.1  Policy Statement
   12.8.1.2  Disciplinary Action
   12.8.1.3 Voluntary Admission of Substance Abuse
   12.8.1.4 Supervisor's Responsibility
   12.8.1.5 Criminal Conviction

12.9    DRIVING POLICY
12.10   COMPLIANCE WITH OSHA STANDARDS
12.11   POLICY AGAINST HARASSMENT
12.12   CONFLICT OF INTEREST POLICY

# SECTION 1

## INTRODUCTION

## 1.1   PURPOSE OF THE MANUAL

This manual is intended to serve as a convenient reference and general source of information about your employment with *The Arc of the District of Columbia, Inc.*, formerly the District of Columbia Arc, Inc., and of your responsibilities, rights, privileges and benefits. These written policies will increase understanding, eliminate the need for objective decisions on matters of policy and help to ensure uniformity in interpretation and application. Every Arc of DC staff member should become familiar with this manual since the policies contained herein will govern employment practices exercised by the organization.

New staff members will find The Arc of DC, Inc. an exciting organization for which to work, for at The Arc of DC you will find a spirit of friendliness, cooperation and genuine concern for service to persons with disabilities that is unsurpassed.

It is hoped that you will find your employment with The Arc of DC to be exciting, challenging and professionally stimulating and, that you will gain a sense of personal fulfillment in the important role you play to ensure persons with mental retardation and other disabilities dignified, productive and happy lives.

## 1.2    AUTHORITY AND DISTRIBUTION OF MANUAL

Arc of DC employees will receive a copy of the Personnel Policies Manual within seven (7) days of employment. Employees also will receive an explanation of the Personnel Policies Manual when they attend the Orientation program. Authority for implementation of the Policies contained herein shall be as defined in each policy statement. Employees leaving employment with The Arc of DC, Inc. shall return the Personnel Policies Manual to their supervisor not later than the final day of employment.

## 1.3    SUPPLEMENTS TO THE MANUAL

Periodically, supplements to the Personnel Policies Manual will be issued. These supplements should be studied carefully and immediately placed into your manual. Employees should direct questions concerning supplements to their immediate supervisors.

## 1.4  ESTABLISHING NEW OR REVISED POLICY

Proposed revisions and/or amendments to existing policies will be referred to The Arc of DC's Finance & Administration Committee. The Committee will make recommendations to the Board of Directors concerning appropriate actions. Decisions of the Board of Directors shall be final. New or revised policies will be established in writing and distributed to employees within seven (7) days of adoption by the Board of Directors.

## 1.5 EMPLOYMENT-AT-WILL

The policies contained herein are designed to serve as a guide to The Arc of DC's employment practices and are subject to review and change. The Arc of DC maintains the right to alter the policies at any time as well as the right to interpret policies and make final determinations as to appropriate action to be taken in all circumstances.

Employment with The Arc of DC, Inc. is considered to be at-will. Thus, the employer/employee relationship may be terminated at any time, for any reason by either party. No employee is authorized to make oral or written assurance or promise of continued employment, nor should any statement in this Manual be construed as a promise of continued employment.

# SECTION 2

## EMPLOYMENT, INDUCTION, ORIENTATION &TRAINING

## 2.1    EMPLOYMENT

### 2.1.1 Qualifications

Qualified applicants will be considered for employment as vacancies become available.

### 2.1.2  Categories of Employment

Arc of DC, Inc. employees are classified in several different and possibly overlapping categories of employment.  An explanation of each category follows:

#### 2.1.2.1  Probationary employees are:

A.    New employees who have worked for the organization not more than 90 calendar days:

B.    Former employees who have been rehired and have been active for not more than 90 calendar days;

C.    Former part-time employees who have been in full-time (regular employee) status not more than 90 calendar days;

D.    Employees whose initial 90 day probationary period has been extended by their supervisor up to an additional 60 calendar days in order to allow the employee's performance to reach a satisfactory level.

Discharges of employees during the probationary period shall not be subject to the policy on  Grievances detailed in Section 9 of this manual, nor will the policies concerning verbal and/or written warnings as detailed in Section 10.1 apply.   For the purpose of this policy the initial probationary period is defined as: at least the first 90 calendar days of employment plus any extension of up to a total of 150 calendar days.

#### 2.1.2.2  Regular employees are full-time employees working thirty (30) hours per week or more, and who have completed their initial probationary period.

Regular employees receive certain entitlements as indicated in the following sections.

#### 2.1.2.3  Temporary employees are those who are employed for a limited period of time.  Among those are individuals who are available to be called to work

in order to fill-in for regular employees who may be absent due to vacations, illness or other reasons.  Temporary employees are not eligible for benefits.

#### 2.1.2.4  Part-time employees are those who work less than thirty (30) hours per

week.  Part-time employees are subject to the probationary period and are entitled to benefits as indicated in the following sections.

## 2.2    INDUCTION

The induction process includes the completion of all necessary paperwork for employment.

### 2.2.1    Selection of Employee (Procedure)

All candidates for employment with The Arc of DC, Inc. are required to complete an employment application.  To aid the process of selecting the applicant most qualified for the job, The Arc of DC, Inc. may use employment tests as part of the normal hiring process.  If test results, relevant work experience and other applicable information on the employment application warrant, an interview will be conducted.  References will be checked before a person will be considered for employment with The Arc of DC, Inc.

### 2.2.2    Pre-Employment Physical Examination

Candidates considered for employment with The Arc of DC, Inc. shall be required to show evidence of a pre-employment physical examination performed by a qualified physician within thirty (30) days prior to employment.  Such physical examinations shall be at the candidate's own expense.

### 2.2.3    Policy on Employing Former Employees and Relatives of Employees

Former employees, who left The Arc of DC, Inc. in good standing, are eligible for re-employment.  Relatives of employees may considered for employment, except that in no case may one relative supervise another or be employed in the same branch, unless that branch contains more than one location.  In the case of the Residential Services Branch, exceptions may be made where married couples may be hired for programmatic reasons.

In addition to those individuals listed as "immediate family" in Section 4.4.5 of this manual, the word "relative" as used here includes any person to whom an employee is related by blood or marriage.

Former employees, friends and relatives must follow the established procedure of filing an application and being interviewed by the appropriate management personnel.

## 2.3    ORIENTATION

New employees shall begin employment with The Arc of DC, Inc. on the first Monday of every

pay period.  In the event Monday is a holiday, employees shall begin the following Tuesday.  On this first day of employment, employees shall complete all required paperwork and shall receive an orientation that will acquaint them with the goals and objectives of The Arc of DC, Inc., the programs which it operates and the general policies and procedures of the organization.  This shall be complemented the following day with a detailed program orientation by the employee's Supervisor of the employees specific job responsibilities, including a review of the position description as well as a review of other policies and procedures unique to the employee's work site.  This introduction to the organization, in conjunction with the detailed program orientation, should provide the optimal preparation for beginning a period of service with The Arc of DC, Inc.  Position descriptions will thereafter be reviewed with every employee on a annual basis.

Every new employee also shall be required to attend one additional day of orientation held on the first Friday of each month at which time a more detailed review of The Arc of DC, Inc. Program Policies is conducted.

## 2.4    TRAINING

The Arc of DC, Inc. recognizes the importance of training to an employee's job development and success as well for career advancement. Training therefore is viewed as a responsibility shared by The Arc of DC, Inc. and its employees.  Training programs may include attendance at off-site workshops, seminars or conferences or on-site in-service programs such as individual or full agency staff meetings.  In this regard, employees are responsible for attending and applying the information gained to enhance their job performance.  Special training sessions dealing with supervisory and management development; compliance with Federal, State and local regulations and other certifying agencies, may be developed and conducted when deemed appropriate by The Arc of DC, Inc.

# SECTION 3

## Affirmative Action
## and
## Equal Employment Practices

## 3.1    PHILOSOPHY OF AFFIRMATIVE ACTION

Since it is recognized that the effective utilization of qualified, available persons requires more than a statement of policy, The Arc of the District of Columbia, Inc. is dedicated to a program of affirmative action. This program sets forth the guidelines and procedures that are followed in providing equal employment and advancement opportunities on the basis of individual qualifications and job performance.

The Arc of DC, Inc.'s Affirmative Action Program is contained in a document separate from this manual. It is available to all employees for review. In summary the Program includes:

### 3.1.1    Recruitment

The Arc of DC, Inc. considers qualified outside minority group applicants, including racial minorities, females, and persons with disabilities, for vacancies in all job classifications in conjunction with its established policy of advancement and promotion from within on the basis of individual qualifications, potential and job performance.

Public and private employment offices used by The Arc of DC, Inc. are advised in writing of our equal employment policy and are urged to refer qualified minority group applicants as the need arises.

When advertising in newspapers and on radio/television, The Arc of DC, Inc. uses the term "Equal Opportunity Employer" or equivalent initials (EOE) and M/F/D/V (Male, Female, Disabled, Veteran) in all employment advertisements.

### 3.1.2    Job Placement and Promotions

The Arc of DC, Inc. provides advancement opportunities to all qualified minority group employees by the following actions:

- Communicating policy of promotion from within of qualified employees to minority group members during performance reviews.

- Briefing supervisors at all levels of Management that The Arc of DC, Inc. intends to insure utilization of qualified minority group personnel at all job levels.

- Reviewing objectively all qualifications of all candidates for promotion within.

### 3.1.3 Training and Development

Employees of The Arc of DC, Inc. including minority group personnel, are given an equal opportunity to participate in training and educational programs applicable to their job category and responsibilities.

### 3.1.4   Compensation and Employee Benefits

The Arc of DC, Inc. pays all personnel according to their Job classification. The Arc of DC, Inc.-supported benefit programs for employees are made available to personnel as they qualify based on specific eligibility requirements.

### 3.1.5 Working Conditions and Facilities

The Arc of DC, Inc. facilities are available to all personnel.

### 3.1.6. Layoffs and Terminations

Reductions in force, layoffs or recalls-to-work are made without regard to race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability.   When it becomes necessary to terminate an employee, such termination must be based on sufficient cause.

### 3.1.7 Communication of EEO Policies

The Arc of DC, Inc. takes appropriate steps to insure that all personnel know of its sincere desire to support and take affirmative action toward providing equal employment opportunities.  Official EEO posters are displayed in all work areas.  A copy of The Arc of DC, Inc. Affirmative Action Plan, which is updated annually, is available upon request from the Director of Administrative Services.

### 3.1.8 Affirmative Action Program Coordinator

The Director of Administrative Services is appointed as The Arc of DC, Inc.'s Equal Employment Policy Coordinator with authority and responsibility to administer and coordinate the program.  The Director of Administrative Services makes reports of progress under this Affirmative Action Program to the Executive Director and the Finance and Administration Committee of the Board of Directors with recommendations whenever appropriate. Additionally, the Director of Administrative Services completes an Equal Employment

Information Report annually and makes it available to the D.C. Office of Human Rights. The report indicates job categories of The Arc of DC, Inc. employees by race, gender and disability.

## 3.2    EQUAL EMPLOYMENT OPPORTUNITY

It is the policy of The Arc of DC, Inc. to consider all applicants for employment on the basis of their individual qualifications and without regard to race, color, gender, age, national origin, disability, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, or religion.

### 3.2.1    Required Qualifications

Required qualifications represents those levels of education, experience and demonstrated competence necessary to perform the job.

### 3.2.2    Influences not Affecting Employee/Employer Relations

No consideration of race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability will influence any respect of The Arc of DC, Inc.'s employee relations including job assignments, opportunity for training and development, compensation, promotion or demotion, layoff or termination.

### 3.2.3    Wages and Benefits

No employee is discriminated against on the basis of race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability in matters of wages or benefits. Employees are not paid lower minimum wages for equal work on jobs requiring equal skills, effort and responsibility and which are performed under similar working conditions, on the basis of race, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability.

### 3.2.4    Solicitation or Advertisements for Employees

Solicitations or advertisements for employees placed by or on behalf of The Arc of DC, Inc. clearly indicate The Arc of DC, Inc. does not discriminate in any of its employment or other personnel practices on the basis of race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability.    All recruiting sources are periodically notified in writing of The Arc of DC, Inc.'s policy on Equal Employment Opportunity.    All such solicitations or advertisements include in clearly distinguishable type the following: EQUAL OPPORTUNITY EMPLOYER OR EOE AND M/F/D/V

### 3.2.5    Consumers

No person is excluded from services provided by The Arc of DC, Inc. because of race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability.    There is no segregation of those served on the basis of race, color, gender, age, national origin, marital status, personal appearance, sexual orientation, family responsibility, matriculation, political affiliation, source of income, place of residence or business, religion or disability.

# SECTION 4

## HOURS OF WORK, ATTENDANCE AND LEAVE POLICIES

**4.1    DEFINITION OF WORK WEEK**

The Arc of DC, Inc.'s work week runs from 12:01 am Sunday through 12:00 midnight the following Saturday, a period of seven consecutive days.

### 4.1.1    Recording Work Time

All employees are paid based on the time sheet maintained in their branch and approved by their supervisor. Therefore, it is important that all working hours be recorded accurately. Employees are required to personally sign-in and sign-out the time arrived at and departed the work-site. In no event however, is an employee to begin work early or work late without the permission of his/her supervisor. Employees may not sign-in or out for the entire day at the same time, nor may they sign-in or out for anyone else.

### 4.1.2    Lunch/Rest Periods

Most Arc of DC, Inc. employees working a full, daily tour of duty are entitled to one forty-five (45) minute unpaid lunch period and two fifteen (15) minute paid rest periods each day; one to be taken in the morning and one to be taken in the afternoon. Such lunch and rest periods are scheduled by the supervisor and vary in timing from one unit to another because of the diverse nature and different physical locations of the various programs operated The Arc of DC, Inc. These variables and other unscheduled emergencies may on occasion make it necessary for an employee to forego his/her rest period.

Rest periods may not be combined or added to the lunch period, nor may their lunch periods be used to delay the scheduled reporting time in a day or be used to leave earlier than the scheduled departing time.

## 4.2    POLICY ON ATTENDANCE AND NORMAL WORKING HOURS

Every employee is expected to be present during established hours of work for his/her position, unless granted permission to be absent. It is recognized that there are times when absence and tardiness are unavoidable. However, since program commitments can be seriously impaired by recurrent absenteeism and tardiness, serious penalties such as suspension without pay, disqualification for promotion, and discharge may result.

If, for any reason, including illness and emergency, an employee is unable to report for duty at the regular starting time, a call must be placed to his/her immediate supervisor or his/her designee at the earliest possible time, but in no event later than the regular starting time of the employee's assigned tour of duty. If the illness, injury or other compelling reason is such that the employee

cannot place the call personally, a family member or friend should make the call. However, it is the employee's responsibility to ensure that the call is actually made within the prescribed timeliness.

## 4.3    POLICY ON OVERTIME

### 4.3.1    General Policy

All Arc of DC, Inc. employees are expected to fulfill their job assignments within the normally scheduled workweek. However, because of the widespread and diverse nature of The Arc of DC, Inc.'s programs and responsibilities it may not always be possible to control hours of work. Employees may be asked and expected to work overtime in unusual or urgent work situations. For the purpose of overtime pay, Arc of DC, Inc. employees are classified as follows:

### 4.3.2    Exempt Personnel

The Fair Labor Standards Act exempts from its overtime requirements "any employee in a bonafide Executive, Administrative or Professional capacity." Many Arc of DC, Inc. employees fall into this classification by virtue of the nature of their duties and the salary received. In accordance with these standards, such employees are exempt from overtime pay (or compensatory leave) for hours worked in excess of those regularly scheduled in one work week. However, The Arc of DC, Inc. policy provides that exempt employees below the level of Branch Manager will be paid overtime at time and one-half for hours worked on a non-scheduled work day when authorized in advance by the Division Director or his/her designee.

### 4.3.3    Non-Exempt Personnel

The Fair Labor Standards Act includes an overtime requirement for "any employee not in a bonafide Executive, Administrative or Professional capacity". Employees in this category are classified as non-exempt or hourly personnel. When authorized in advance by their Supervisor, employees occupying non-exempt positions will be paid overtime at one and one-half times their regular hourly rate of pay for all hours worked over 40 in a workweek. In no case will The Arc of DC, Inc. pay overtime in increments smaller than 1/4 hour. It is The Arc of DC, Inc.'s policy to pay non-exempt employees the regular rate up to 40 hours worked in a week and time and one-half the regular rate for hours worked over 40 in a week. Non-exempt employees will be paid time and one-half for all authorized hours worked on non-scheduled work days even though they may have worked less that 40 hours in that work week.

## 4.4    LEAVE POLICIES

Permission to be absent from duty is called "leave". In general, The Arc of DC, Inc.'s policy of leave is based on the following accrual system:

| | | |
|---|---|---|
| Regular Employees | - | Full Benefits |
| Part-Time Employees | - | Pro-rated based on number of hours worked |
| Temporary Employees | - | Ineligible for leave |

A discussion of the various categories of available leave follows.

### 4.4.1    Annual Leave

#### 4.4.1.1    Use and Limitations

Leave in this category is provided, with pay, with proper authorization, for the purpose of vacation or other personal reasons. Requests for annual leave must be submitted in advance to the employee's immediate supervisor for approval in increments of no less that 1/4 hour. Supervisors should always balance work demands within their areas of responsibility and the personal needs of their employees prior to approving or disapproving the request. The amount of time an employee may be absent in a paid annual leave status is limited to the amount of annual leave which has been credited to his/her account. (See following Section for explanation of rates of accrual and treatment of accumulated leave.) Absences for vacation purposes or other personal reasons which exceed the amount of available annual leave will be treated as a special situation requiring the advance approval of the Executive Director.

Depending on the reason extended leave is requested by the employee, such an absence either will be regarded as "Leave Without Pay" or will be subject to the provisions of the "Family and Medical Leave Act" as outlined in Section 4.4.4.

#### 4.4.1.2 Rates of Annual Leave Accrual and Accumulation

All regular employees will earn annual leave based on their years of actual service at the following rates:

♦    10 days per year for those employees with less than 2 years of service.

♦    15 days per year for those employees with 2 but less that 4 years of service.

♦    20 days per year for those employees with more than 4 years of service.

"Accumulated" annual leave is defined as unused annual leave which is carried

from year to year. Such carry forward balances may not exceed thirty (30) days at the end of any calendar year.

It is The Arc of DC, Inc.'s policy to pay employees for all annual leave up to thirty (30) days at termination or retirement in equal installments each pay period until all leave has been paid out. Employees who have been previously employed by The Arc of DC, Inc. will retain their rate of annual leave accrual only if they return to service within one year of separation.

### 4.4.1.3 New Employees

New employees will accrue, but not be granted, annual leave during the initial probationary period. Once the initial probationary period is completed, leave which has accrued during that period will be available for use in accordance with applicable policies. However, if separation of employment occurs during the initial probationary period, no compensation will be paid for any leave accrued.

### 4.4.1.4 Part-Time Employees

Part-time employees are those who are employed for a fixed schedule of hours that represent a portion of the regularly scheduled work week of full-time staff members (less than 30 hours per week). Such employees are compensated on an hourly basis and are eligible on a pro-rate basis for annual leave benefits granted to regular employees. Probationary part-time employees are subject to the same limitation on annual leave as full-time probationary employees.

### 4.4.1.5 Temporary Employees

Temporary employees are those who are employed for a limited period of time. Such employees are compensated on an hourly rate basis and are not eligible for any paid annual leave benefits.

### 4.4.2  Sick Leave

### 4.4.2.1 Definition

Sick Leave is defined as any authorized absence from work, with pay, due to illness or accident which is non-work related. Sick leave also may be used for the employee's own medical, dental, or optical examination and treatment. It may not be used by an employee to take a member of his/her household to medical appointments. Sick leave may be used when a member of an employee's household has a contagious disease and the employee is required by the physician to remain home, due either to quarantine or incubation period of the disease or illness, as

determined by the physician. The employee also may use sick leave when advised by the attending physician to remain at home for precautionary reasons, so as not to jeopardize the health of his/her co-workers.

In all cases of an employee's use of sick leave due to a contagious disease or serious disability, the employee will be required to submit a medical certificate from the treating physician before returning to work. This certificate should state that the employee's return does not endanger the welfare of other employees or persons served by The Arc of DC, Inc. Similarly, an employee on sick leave for 3 or more days may be required to submit a physician's certificate to resume his/her duties.

Sick leave will not be granted for non-medical reasons such as vacation or personal business. Any employee found to abuse or fraudulently use sick leave will be subject to disciplinary action including termination of employment.

In the event an employee must care for a family member who is ill or who has had an accident, the employee may be eligible for leave subject to the provisions of the "Family and Medical Leave Act," outlined in Section 4.4.4.

If the employee does not meet the eligibility requirements of the "Family and Medical Leave Act," and must provide care to a family member he/she must use any available annual leave or go on "leave without pay".

### 4.4.2.2    Eligibility and Benefits

Regular employees will begin to accrue sick leave upon employment at the rate indicated in the next section. However, eligibility to use such sick leave, for the purposes stated in 4.4.2.1, will not be granted during the initial probationary period employment. Sick leave benefits are prorated for part-time employees based on a percentage of 13 days per anniversary year as outlined in Section 4.4.2.3.

### 4.4.2.3 Rate of Accrual and Accumulation

Regular employees will accrue sick leave at the rate of 13 days per anniversary year. The anniversary year begins with the first day of employment. Unused sick leave may be carried forward (accumulated) from one year to the next until a maximum of 65 days is reached. Thus, an employee will always have available for use the amount of sick leave brought forward from the prior year but not in excess of the 65 day ceiling, plus all of the sick leave accrued in the current year.

New employees earn sick leave at the same rate as other employees but may not use the leave until their initial probationary period is completed. Employees are not paid for any accumulated sick leave at time of separation.

### 4.4.2.4   Advance Sick Leave

Advance sick leave permits an employee to use sick leave credits before they are earned. It is a "loan" of leave to be repaid upon the employee's return to work. The advance sick leave policy applies only when a regular employee has exhausted his/her available sick and annual leave and the amount of leave required is ten (10) days or less or when a regular employee does not meet the eligibility requirements of the "Family and Medical Leave Act", as outlined in Section 4.4.4.

An employee granted an advance is required to repay all sick leave credits before he/she can use any additional leave. Requests, accompanied by a physician's certificate, must be submitted in writing through the Immediate Supervisor to the Executive Director for final approval. The amount of advance sick leave granted will not exceed ten (10) working days. Other factors which will be considered in reviewing requests for advance sick leave are the nature of the illness or injury, probability of the employee's return to duty and past record of leave usage. Any sick leave accrued subsequent to an employee's return to duty will be reduced each pay period to offset any leave advanced.

In the event an employee terminates his/her employment with The Arc of DC, Inc. before sufficient leave is accrued to satisfy the advance, a dollar amount equal to the advanced sick leave balance owed to The Arc of DC, Inc. will be deducted from any wages due. Any remaining amount due must be reimbursed by the employee.

### 4.4.2.5   Maternity

Absences due to pregnancy or other maternity related conditions are treated the same as absences because of any other temporary personal disability. Employees may be eligible for extended leave under the "Family and Medical Leave Act," as outlined in Section 4.4.4. In the event eligibility requirements are not met, such absences will be subject to other applicable policies governing leave.

### 4.4.3   Leave of Absence
### 4.4.3.1   Definition

Any authorized absence from duty in a non-pay status is considered a leave of

absence.  The Executive Director must approve all requests for leaves of absence.

### 4.4.3.2   Eligibility

A leave of absence will be considered only for Regular employees with at least two years of service.  A leave of absence will be granted in special cases for limited purposes, such as furtherance of education, where the employee as well as The Arc of DC, Inc. will derive mutual benefit from the enhancement of the academic knowledge to be attained.  A leave of absence also may be granted in cases of serious health reasons, maternity or other personal needs extending beyond the employee's accumulated sick and annual leave balances and the "Family and Medical Leave Act," outlined in Section 4.4.4.

Annual and sick leave will not accrue during leaves of absence.  Except in emergency illness or similar situations, requests for leaves of absence must be submitted through the Immediate Supervisor to the Executive Director, in writing, at least thirty (30) days prior to the date when the proposed leave of absence is to begin.

If an employee fails to return to duty on the day the approved period of leave of absence ends, such failure will be considered as an abandonment of his/her position, and will result in automatic termination of employment.  The Arc of DC, Inc. may grant leaves of absence in intervals up to three (3) months for no more that a total of two (2) years.  Benefit rights, if any, during leaves of absence are addressed in the individual benefit manuals.

### 4.4.4   D. C. Family and Medical Leave Act

#### 4.4.4.1   Eligibility

Under the provisions of the D.C. Family and Medical Leave Act, any Arc of DC, Inc. employee who has worked continuously, either full or part-time, for one year and has worked at least 1,000 hours during that year is entitled to 16 work weeks of unpaid family leave during a 24 month period and to as much as 16 weeks of unpaid medical leave during a 24 month period.

#### 4.4.4.2   Retention of Benefits

While an employee is on family or medical leave, The Arc of DC, Inc. will continue to provide health insurance coverage on the same basis as if the employee were still at work.  The employee must continue to make the same contributions to his/her

insurance as he/she was while still working. Terms of payment will be discussed with an employee at the time family or medical leave is requested. While on leave, an employee will not accrue sick leave or annual leave, nor will he or she continue to build seniority.

Under the Family and Medical Leave Act, when an employee returns from leave, he/she is entitled to the same job previously held or, in the event that position is no longer vacant, he/she will be offered a position with similar duties. While The Arc of DC, Inc. can not guarantee the availability of the same job, due to the potential hardship such a prolonged vacancy may create, every effort will be made to offer an employee a comparable position, be it in the same or different branch within the organization.

### 4.4.4.3   Family Leave

Eligible Arc of DC, Inc. employees are entitled to 16 work weeks of unpaid family leave during a 24 month period for the following circumstances:

◆ birth of child
◆ placement of a child with the employee for adoption or foster care
◆ placement of a child with the employee for whom the employee permanently assumes and discharges parental responsibility

*Leave taken due to the birth or placement of a child must expire 12 months after the birth and placement.*

◆ care of a family member *(in this instance, family member is defined as a relative or anyone with whom the employee has had a mutual residence within the past year and with whom the employee maintains a "committed relationship") who has a serious health condition, defined as a physical or mental illness; injury or impairment involving inpatient care at a health care facility or hospice; continuing treatment or supervision at home by a health care provider or other individual.*

The Arc of DC, Inc. will require an employee to support a request for Family Leave with written documentation attesting to the need for such leave. The documentation must provide sufficient evidence that the circumstances warrant the employee to take leave under this Act. This documentation can be accompanied by a medical certificate.

If an employee requests Family Leave due to the birth of a newborn child or for the placement of a child in his/her responsibility, the documentation must convey the need for the employee to care for the newborn child or child for whom the employee assumes primary responsibility.  If an employee requests Family Leave to care for a family member who is ill, a medical certificate must accompany the request and must state the following: date on which the serious health condition began; probable duration of the condition; and the appropriate medical facts known to the health care provider that would entitle the employee to leave under this Act.  The medical certification also shall contain an estimate of the amount of time the eligible employee is needed to care for the family member.

Employees are permitted to substitute any accrued or annual leave for any portion of the 16 weeks of unpaid family leave.  In addition, employees can choose to take the 16 weeks intermittently.  This means that leave may be taken in weekly increments on a less that continuous basis so as to accommodate conditions requiring absence for things such as medical appointments or treatments.  It does not mean that an employee may work part-time and be on leave the rest of the time.

### 4.4.4.4  Medical Leave

Eligible Arc of DC, Inc. employees are entitled to up to 16 weeks of unpaid medical leave.  Employees can substitute paid sick or annual leave for any portion of the unpaid medical leave.

The Arc of DC, Inc. will require an employee with a serious health condition to support a request for Medical Leave with a medical certification issued by the employee's health care provider.  The medical certification shall state the following: date on which the serious health condition began; probable duration of the condition; and the appropriate medical facts known to the health care provider that would entitle the employee to leave under this Act.  The medical certification also shall contain an explanation of the extent to which the eligible employee is unable to perform the functions of their job.

### 4.4.4.5  Reasonable Notice

Eligible Arc of DC, Inc. employees who have a need for Family and Medical Leave must provide The Arc of DC, Inc. with reasonable notice as defined below:

◆     If an employee had or reasonably should have had at least thirty (30) days

notice of the need, the employee shall submit a written request including all support documentation to his/her immediate supervisor at least thirty (30) days before the leave is to begin.

- ◆ If the employee could not reasonably have foreseen the need for Family or Medical Leave at least thirty (30) days in advance, the employee shall submit a written request including all support documentation to his/her immediate supervisor as soon as possible prior to the date on which the leave is to begin.
- ◆ If an emergency prevents an employee from notifying his/her immediate supervisor of the need for Family or Medical Leave prior to the first day of absence, the employee must request Family or Medical Leave not later than forty-eight (48) hours after the absence begins.

In all cases, the employee must provide written notification to his/her immediate supervisor along with documents supporting the request for Family and Medical Leave. It is the responsibility of the employee's supervisor to inform the Division Director of an employee's request for leave under the Family and Medical Leave Act. All requests for leave must receive approval from the Executive Director.

**4.4.5   Bereavement Leave**

A full-time employee, who has completed 90 days of service, will be granted a maximum of three (3) days of paid leave on a calendar year basis upon the death of a spouse, domestic partner sharing the same residence, child, parent or sibling. Bereavement leave must be taken in increments no smaller that one day and may not be carried over from year to year. Bereavement leave will not be paid upon separation.

**4.4.5.1   Procedure**

The need for bereavement leave, in most cases, can not be predicted. However, an employee is expected to notify his/her supervisor when a situation arises that warrants use of such leave. Such notification should be provided in accordance with established Arc of DC, Inc. policy and must be followed up with a written request upon the employee's return to work.

**4.4.6   Holiday Leave**

Regular and part-time employees will be compensated at their regular rate of pay for the following holidays:

| | |
|---|---|
| New Year's Day | Martin Luther King, Jr's Birthday |
| Presidents' Day | Memorial Day |
| Independence Day | Labor Day |
| Columbus Day | Veterans Day |
| Thanksgiving | Christmas |

A schedule of holidays is distributed to all employees at the beginning of each calendar year. Employees should examine this holiday schedule in order to determine in advance the exact dates of Arc of DC, Inc. closings for holiday observances. Holidays are sometimes observed on days other that the actual holiday.

Employees will be paid for holidays that fall within any period of approved paid sick and annual leave, or on the day immediate prior or subsequent to such paid leave period, provided there is a return to duty after the sick or annual leave absence. Compensation will not be made for holidays which fall within a period of authorized advance sick leave, a leave of absence or during Family and Medical Leave.

### 4.4.7    Administrative Leave

Employees may, from time to time, be granted leave to be away from their regular duties which will not be charged to any leave credits available. Such excused paid absences are generally referred to as "administrative leave." Administrative leave may be granted on an individual basis for special activities which are closely related to the principles and primary goals of The Arc of DC, Inc., and which may have to be performed outside of regular hours, or away from the normal place of duty. Examples are: participation in outside meeting or attendance at seminars conducted by professional organizations of which The Arc of DC, Inc. employee is a member when it is determined that such attendance will enhance the employee's skills; performance of special duties in actual emergency or disaster conditions in response to calls from government officials; blood donation or transfusion for a fellow employee for which no compensation is received; medical examination and initial treatment of a non-disabling injury incurred in the performance of duties (on-the-job injury) and any subsequent treatment of such injury as authorized by Workers' Compensation regulations. Before becoming eligible for benefits of the Worker's Compensation Act, usually three consecutive days, an employee will be paid the full amount of his/her salary during the period away from work for medical treatment and recuperation without charge to sick leave or other leave. An injured employee who receives Workers' Compensation benefits may not be paid for annual or sick leave for the

same period. An employee may, however, use sick leave pay to supplement the difference between his/her Worker's Compensation benefits and his/her usual wage. The customary amount of the supplemental pay is 35% of the employee's wage. For example, if an employee who earns $200 per week is injured and is eligible for Worker's Compensation, he/she will receive $130 in Worker's Compensation benefits and may supplement that with $70 of his/her sick leave pay. Tardiness, resulting from area-wide hazardous weather conditions or other disruption of public and private transportation, causing temporary closing of The Arc of DC, Inc. facilities for all, or part of a day, may also be considered administrative leave at the discretion of the Executive Director or his/her designee. In some cases, the immediate supervisor may, at his/her discretion, approve administrative leave up to one hour for tardiness due to unavoidable circumstances provided that the employee (1) gave at least one-half hour advance notice to the immediate supervisor or other authorized Arc of DC, Inc. staff member of expected lateness (or made reasonable effort to do so), and (2) gave an acceptable reason for such tardiness upon arrival at work. Charges to annual leave may be made in any situation where tardiness occurs for a reason which is not covered by the administrative leave policy stated above.

### 4.4.8   Jury Duty or Court Appearance Leave

An employee who is officially summoned in writing to serve on a jury or to appear in any judicial proceeding requiring an absence from duty, must promptly notify his/her Supervisor of such summons. A Regular or Part-Time employee selected for jury duty or appearance as a court witness on behalf of The Arc of DC, Inc. will be placed on administrative leave during the period of his/her absence and will be paid regular salary, based on the normally scheduled work week (i.e., overtime will not be paid for hours spent in court duty which may exceed the employee's normal hours of work), provided that (1) a certificate from the court is presented to the Executive Director through the Immediate Supervisor showing that the employee performed the required jury or witness service, and (2) any compensation received from such duty or service be turned over to The Arc of DC, Inc. during the period of such jury duty or court appearance.

An employee is expected to report to work when released from jury duty or witness service if a majority of his/her regular work day remains at the time of release.

If absence occurs because an employee is serving as a witness on behalf of a private party or government agency, he/she will be considered to be in a non-duty status, with the absence in such case being charged as annual leave or leave without pay, if the employee's annual leave balance is depleted. In most cases, no more than three months of continuous leave will be provided for jury duty.

### 4.4.9   Military/Furlough Leave

A regular employee, who is conscripted or volunteers for military service Title 38, Chapter 43, Part 3 of the U.S. Code, will be placed on military furlough for the period of his/her enlistment or reenlistment, not to exceed five (5) years.  He/She will not be paid during the period of leave, nor will he/she accrue sick or annual leave.  The employee will be entitled to reinstatement with The Arc of DC, Inc. after completion of military duty provided that written application for reinstatement is made within 90 days from the day of discharge from active duty, and that other requirements of law and regulations are met.  Sick leave credit will remain available, he/she will be placed in a position of equivalent status and pay, provided he/she is physically and mentally fit to discharge the duties of the job selected for reinstatement.

If a Regular or Part-time employee is a member of the military reserve organization, he/she will be granted military leave up to fifteen (15) calendar days in each calendar year for periods annual reserve duty.  The employee's official orders must be presented to the Executive Director prior to approval of such leave.  He/She will be reimbursed by The Arc of DC, Inc. for any wage loss during the period of reserve duty by payment of the difference between his/her regular wages for the schedule of hours normally worked, and the compensation received while in reserve duty status.

### 4.4.10  Policy on Inclement Weather

It shall be the policy of The Arc of DC, Inc. to exercise on of the following options when the need arises to curtail operations due to conditions created by inclement weather.  The option exercised shall be contingent upon the severity of the weather conditions and the resulting impairment to the conduct of normal operations.  The authority to decide which option shall be exercised, if any, shall be vested in the Executive Director.

#### Option 1

All  Arc of DC, Inc. operations closed.  Neither employees nor persons served in The Arc of DC, Inc. programs should report.  Employees shall be granted Administrative Leave.

#### Option 2

Persons served in The Arc of DC, Inc. programs should not report nor should employees, with the exception of Management and Supervisory Personnel.  In this instance, Management and Supervisory Personnel are defined as employees who are branch supervisors/managers and above.  If, because of weather conditions, a

branch supervisor/manager is unable to report for duty, it is his/her responsibility to arrange for the assistant branch supervisor/manager or other designee to report for duty to ensure the availability of staff coverage in the branch. Employees designated not to report for duty under this option shall be granted Administrative Leave.

### Option 3
Persons served in The Arc of DC, Inc. programs should not report but all employees are expected to report for duty. Liberal leave policy will be in effect.

### Option 4
Late opening for The Arc of DC, Inc. operations with the specific starting time to be designated in each instance. All employees and persons served in The Arc of DC, Inc. programs are expected to report. Personnel are to report 30 minutes prior to the designated late opening time for persons served. Administrative Leave shall be granted to employees for the period between the normal reporting time and thirty minutes prior to the designated late opening time.

### Option 5
Early closing for The Arc of DC, Inc. operations. Administrative Leave shall be granted for the remainder of the day. Those employees whose reporting time is after the early closing time will be granted Administrative Leave for the day. Because of the unique nature of residential services, this policy shall not apply to house counselors, assistant house counselors and other employees involved in the provision of direct care in The Arc of DC, Inc. operated residential programs, although Administrative Leave may be granted in certain cases due to inclement weather contingent upon the circumstances involved.

# SECTION 5

## WAGES AND SALARIES

## 5.1    BASIC WAGE AND SALARY POLICIES

It is the policy of The Arc of DC, Inc. to pay wages and salaries consistent with the level of duties of the position and job performance and to regularly review and evaluate the performance of each employee.

## 5.2    HOW WAGES AND SALARIES ARE DETERMINED

Minimum wages and salaries are established for each position.  A new employee will receive at least the minimum wage or salary for the position classification to which he/she is assigned. However, an acceptable person who has related experience, which is directly aligned with the position, may immediately be employed at a wage or salary higher than the minimum.

Adjustments in an individual's salary are based upon the performance review conducted by the employee's supervisor.  Each employee's performance and rate of pay will be reviewed at least annually.  However, an acceptable performance review does not guarantee a wage increase. Special reviews may be conducted when requested by the supervisor and approved by the Executive Director.

## 5.3    METHOD OF PAYMENT

All employees of The Arc of DC, Inc. are paid by check every two weeks.  Paydays will normally occur every other Friday for work performed through the preceding work week.  Included on each person's paycheck is a record of pay, deductions and leave balances as explained in Section 5.4.  In the event that Friday is a holiday, employees will be paid the preceding Thursday.  If the Thursday is also a holiday, employees will be paid on the preceding Wednesday.  Paychecks will be given directly to the person whose name appears on the check by the Supervisor, unless special advance written arrangements have been made between employee and supervisor.

## 5.4    STATEMENT OF EARNINGS AND DEDUCTIONS

Employees will receive a Statement of Earnings and Deductions in the form of a detachable check stub with each paycheck.  This statement will contain information pertaining to cumulative and current wage earnings, withholdings, voluntary deductions, annual and sick leave balances, etc., and should be retained by employees for verification of items affecting their salary and leave.  It should be noted that the annual and sick leave balances sometimes may not be current because of a delay in processing the data.  Such occasional differences will normally be adjusted and correctly

reported on the employee's subsequent Statement of Earnings and Deductions.

Employees should direct any questions concerning leave and pay accountability to their immediate supervisor.

### 5.4.1    Payroll Deductions (Required)
The Arc of DC, Inc. must automatically withhold Federal income taxes in the amount determined by the number of deductions specified by the employee on Federal Form W-4. Every employee is required to participate in the Social Security (FICA) program with an amount withheld from gross salary as specified by law. The Arc of DC, Inc. contributes a like amount to your credit with the Social Security Administration.

State income taxes will be withheld from each employee based upon rates established by the District of Columbia, Maryland, or Virginia depending upon the employee's residence. No deduction for state income taxes will be made from paychecks of employees residing in any other state.

### 5.4.2    Payroll Deductions (Voluntary)
An authorization, signed by the employee, shall be necessary to permit any deductions from salary not required by the District of Columbia, Maryland, Virginia, and Federal governments.

### 5.4.3    Garnishments and Wage Attachments
The Executive Director or his designee shall receive all garnishments and notices of levy on an employee's wages, salary or other income. No garnishment, writ of attachment or levy will be paid unless it appears on the proper government or court form under the appropriate signature. Employees will be notified of the garnishment or levy and the action being taken. In no event will any action be taken other than that prescribed by garnishment or levy unless a modification by the issuing official of authority is received. No amount will be paid to the creditor in excess of the amount on the face of the garnishments or levy unless the amount has been properly changed by the issuing official or authority. No adverse administrative action will be taken against the affected employee for the reason that a creditor has subjected or attempted to subject the employee's unpaid earnings to garnishments or levy. If an employee resigns or is dismissed from his/her employment, the garnishment or attachment shall lapse and no further deduction will be made thereon unless the affected employee has been reinstated or reemployed within ninety (90) days after the resignation or dismissal. Only one garnishment or attachment upon the wages of an employee will be satisfied at one time. When more than one garnishment or attachment has been issued, they will be paid in the order in which they are served upon the organization.

With respect to garnishments, withholding shall commence with the first full or writ of attachment.  In the event of a tax levy, any wages or salary due but unpaid to the employee shall be withheld as necessary to satisfy the tax levy.

# SECTION 6

## REDUCTIONS IN FORCE

## 6.1   LAYOFF

**POLICY**

In the event that employment must be reduced because of discontinuance of funding, lack of work or other adverse conditions, it is the policy of The Arc of DC, Inc. to implement layoffs and, when applicable, recalls in accordance with the procedures set forth below.  A temporary layoff may occur when there is reason to expect that the situation that affected the layoff will permit re-establishment of the position.  A permanent layoff occurs when The Arc of DC, Inc. anticipates that the position will be discontinued.  The probability of work is the primary criteria in determining whether an employee is laid off temporarily or permanently.  A temporary lay-off will be considered permanent if it exceeds thirty calendar days.  In addition to these actions, The Arc of DC, Inc. may take other personnel actions deemed necessary to operate under adverse conditions, including but not limited to implementing a furlough schedule and reducing employee's hours of employment.

**PROCEDURES**

Should it become necessary to layoff a full-time or part-time employee, the layoff will be made according to seniority among employees of the same rank, but not necessarily in the same program.  Employees with the least seniority will be laid off first.  Seniority is determined by an employee's length of service with The Arc of DC, Inc., and therefore, not necessarily the length of time spent in a current position.  However, The Arc of DC, Inc. reserves the right to offer employees with greater seniority positions which may be occupied by employees of lesser tenure and rank. Employees who are in an on-call and relief status are subject to lay off at anytime.  Employees, who are in a temporary layoff status, will not receive compensation for any accrued annual leave. Employees, who are in a permanent layoff status, will be compensated for accrued annual leave in accordance with Section 4.4.1.2 of this Manual.  Employees will not accrue sick or annual leave while in a temporary or permanent layoff status.

### 6.1.1   Advance Notice of Layoff

Except for emergencies, such as equipment breakdown and acts of God, an employee who is to be laid off will be given appropriate notice.

### 6.1.2   How Layoffs Affect Seniority

Employees who are laid off and who have one year of service or more at the time of layoff will be placed on a recall list for one year. These employees may retain seniority for another year if they notify their supervisors during the 12th month of layoff, that they wish to be retained on the recall list for another year. Such notification must be in writing.

### 6.1.3   Recall

Recall from layoff will be made of all qualified employees from the recall list before employment of others. Employees will be recalled without having to serve a probationary period. The order of recall will be the reverse of layoff, i.e., those laid off last will be recalled first.

### 6.1.4   Furloughs

If circumstances warrant, The Arc of DC, Inc. may elect to implement furloughs which will require employees to schedule unpaid absences from work. Furlough schedules will be implemented with as much notice as possible to minimize the disruption to agency operations. Every consideration will be made to schedule furlough days at the employee's convenience without jeopardizing the service provided by The Arc of DC, Inc.