# EXHIBIT 1
# (Part 2)

# SECTION 7

## PROMOTIONS AND TRANSFERS

## 7.1   PROMOTIONS

It is the policy of The Arc of DC, Inc. to promote from within when qualified employees are available and desire such promotions.  If an employee is selected for promotion, he/she will serve a probationary period as described earlier to ascertain his/her ability to perform the new job.  It is The Arc of DC, Inc.'s policy that when an employee accepts a promotion and is unable to perform the duties of the new job, he/she may not demand the previous job.  While every effort to place the employee in a suitable position will be made, there may be no suitable vacancy.  Key elements in promoting employees are qualifications, supervisory recommendations and performance reviews. Employees desiring consideration for promotion must submit a request, in writing, to the potential supervisor and a copy to his/her current supervisor.

### 7.1.1   Performance Review

The performance review is weighed very carefully when considering employees for promotions.  In no case shall an employee with a less than "meets expectations" rating on his/her last review be considered for promotion.

### 7.1.2   Skill and Length of Service

Where skill qualification factors and previous performance reviews are considered relatively equal among two or more employees considered for a promotion, seniority will be the determining factor.  To be considered for promotion an employee must have successfully completed his/her initial probationary period.

### 7.1.3   How Promotions Affect Seniority

Seniority is the amount of time continuously employed in regular status by The Arc of DC, Inc.  Promotions, therefore, do not affect seniority.

### 7.1.4   How Promotions Affect Pay

Except in extraordinary budgetary circumstances, employees will receive salary increases when promoted.

## 7.2   TRANSFERS

### 7.2.1   Definition of Transfer

A transfer is the movement of an employee from his/her present position to another position in the same salary range.

**7.2.2    Procedure for Employee Transfer**

**7.2.2.1 Employee Initiated Transfers**

Employees must submit requests in writing to the current supervisor with a copy to the potential new supervisor requesting a transfer, and giving reasons for the request.

**7.2.2.2 The Arc of DC, Inc. Initiated Transfers**

In the event that The Arc of DC, Inc. can best utilize the skills of an employee in another position of like duties, the employee may be transferred within a division or between divisions.  A minimum of five (5) working days notice will be given to the transferring employee.

# SECTION 8

## EMPLOYEE BENEFITS AND AWARDS

## 8.1    BENEFIT PROGRAMS

The Arc of DC, Inc. has an array of benefit programs available to employees.  These include:

♦    Medical Insurance
♦    Dental Insurance
♦    Long Term Disability Insurance
♦    Term Life Insurance
♦    Accidental Death and Dismemberment Insurance
♦    401K Retirement Plan

### 8.1.1    Eligibility

Employees are invited to enroll in benefit programs upon satisfying eligibility requirements as follows:

♦    Medical and Dental Insurance - available to full-time employees; coverage becomes effective the first of the month following completion of the employee's initial ninety (90) day probation period.

♦    Long Term Disability, Life Insurance & Accidental Death and Dismemberment Insurance - available to full-time employees who have completed one full year of service; coverage becomes effective the first of the month following one year of service.

♦    401K Retirement Plan - available to employees who have completed one full year of service and have worked 1,000 hours within that year; effective the first of the month following one year of service.

### 8.1.2    Enrollment

Employees will be notified by the Office of Administrative Services when eligibility requirements have been met and when they have been scheduled to attend a benefit enrollment meeting.  Meetings are conducted monthly and it is the responsibility of the employee to attend the meeting.  If an employee does not attend, he/she is not guaranteed enrollment in The Arc of DC, Inc. benefit plans.  Copies of individual benefit brochures are available to employees, upon request, from the Office of Administrative Services.

### 8.1.3    Medical Insurance Continuance Coverage

Under the Consolidated Omnibus Budget Reconciliation Act of 1985, known as "COBRA", employees who are covered by The Arc of DC, Inc.'s group medical plan have the right to choose continuation coverage, if employment with The Arc of DC, Inc. is terminated (for reasons other than gross misconduct) or if a reduction in hours of employment would normally result in loss of eligibility for group health coverage.

Employees will be notified of their right to choose continuation coverage by the Office of Administrative Services and Personnel. The law allows employees at least sixty (60) days from the date of loss coverage to inform The Arc of DC, Inc. of their intention to choose continuation coverage. Employees who do not choose continuation coverage or do not do so in the prescribed time frame will be dropped from The Arc of DC, Inc.'s group health plan. Employees who choose continuation coverage because of termination or reduction in hours may remain enrolled in The Arc of DC, Inc.'s group health plan for a period of 18 months, provided they pay the entire monthly premium. Payment terms are outlined when the employee is notified of this law. Upon completion of the continuation coverage period, employees have the opportunity to enroll in an individual conversion health plan provided by the health insurance carrier.

The Law provides that continuation coverage may be cut short for any of the following reasons:  The Arc of DC, Inc. no longer provides group health coverage to any of its employees; the premium for your continuation coverage is not paid; you become an employee covered under another group health plan or you become eligible for Medicare. The Law also makes provisions for spouses and dependents of employees covered under the group health plan.

This information is detailed in a memo available from the Office of Administrative Services. Copies of this memo are distributed annually to all Arc of DC, Inc. employees.

## 8.2    LENGTH OF SERVICE AWARDS

The Arc of DC, Inc. has established a service award program to recognize employees for their tenure. Awards, given in increments of five (5) years, are presented at an annual awards ceremony recognizing employees for service, loyalty and dedication to The Arc of DC, Inc. and the individuals served.

## 8.3    DAVID SILBERMAN MEMORIAL AWARD

The David Silberman Memorial Award was established to honor Arc of DC, Inc. employees who consistently demonstrate dedicated service on behalf of persons served by The Arc of DC, Inc.. Criteria include at least five years of Regular employment with The Arc of DC, Inc. and a rating of "meets expectations" or above on an employee's last two performance reviews. Additionally, nominated employees must be members of The Arc of DC, Inc., demonstrate involvement in Arc

of DC, Inc. activities unrelated to job position, and consistently perform duties with loyalty and dedication in support of the mission and philosophy of The Arc of DC, Inc.. Nominations must be made by the employee's immediate supervisor. The employee selected to receive this Award is honored at The Arc of DC, Inc.'s Annual Conference and Awards Luncheon. Employees may obtain more information on this program from their immediate supervisor.

## 8.4    EMPLOYEE LOANS AND ADVANCES

It is the policy of The Arc of DC, Inc. to make no loans to employees nor to offer advances in salary.

## 8.5    REIMBURSEMENT FOR USE OF PERSONAL AUTOMOBILES

Employees are reimbursed for the use of their private automobiles while on Arc of DC, Inc. business at a per mile rate determined and periodically reviewed by The Arc of DC, Inc. Board of Directors. No employee is paid a wage for travel time to and from work nor is any employee reimbursed for the cost of transportation to and from work.

On those occasions when employees are required to use their personal automobiles in the performance of Arc of DC, Inc. required job duties, The Arc of DC, Inc. provides extended auto liability insurance coverage, above and beyond the employee's own personal automobile insurance, up to the limit of The Arc of DC, Inc.'s business automobile coverage. The employee must exhaust his/her personal automobile insurance, which is primary, before The Arc of DC, Inc.'s insurance provides coverage. The Arc of DC, Inc. provides no coverage whatsoever for any cost to repair an employee's vehicle. The extended Arc of DC, Inc. liability coverage applies only to bodily injury and damage to property of a member of the public.

## 8.6    OTHER EMPLOYEE PRIVILEGES

The Arc of DC, Inc. is a member of the National Institutes of Health Federal Credit Union (NIHFCU). Arc of DC, Inc. employees who wish to join the Credit Union should inquire in the Office of Administrative Service.

# SECTION 9

## GRIEVANCE PROCEDURES

## 9.1    GRIEVANCES

### 9.1 POLICY

It is The Arc of DC, Inc.'s intent to interpret and administer established policies and procedures in a fair  and uniform manner.  However, there may be instances when concerns or problems surface during the course of one's employment when additional action is needed to settle differences.  This policy establishes a means of due process for the resolution of such problems and grievances so that productive working relationships can be maintained for the benefit of all. This policy sets forth the  procedures which enable most employees to bring their concerns to the attention of management thereby ensuring fair and equitable treatment.  Employees at the level of Senior Director serve at the discretion of the Executive Director and may not initiate the grievance process.

### 9.1.1 Procedure

In all cases in which a grievance is filed, except as outlined in Section 12.11: *"Policy Against Harassment"*, the employee must begin with Step 1. Subsequent steps will depend on the supervisory structure of the program in which the employee works. Decisions will be considered final if not presented to the next step by the employee within the designated time frames.  Copies of all documents relating to grievances will be retained in a confidential grievance file.  This policy is subject to the employer-employee relationship and is limited to the involvement of The Arc of DC, Inc. and the employee only.  Every effort will be made to handle the matter in an expeditious and confidential manner.

Step 1. **IMMEDIATE SUPERVISOR:**

The supervisor must be in receipt of a written summation of the problem creating the grievance within five (5) working days of the occurrence of said problem.  The written summation must detail the nature of the problem and a requested remedy.  After advised in writing of the grievance, the supervisor will investigate and provide a written response to the employee which must be postmarked or otherwise delivered in documented form no later than the fifth (5th) working day following receipt of the employee's written summation.  If the employee is not satisfied with the response, he/she may proceed to step 2 or step 3 if the immediate supervisor is the program manager.

Step 2. **PROGRAM MANAGER (if other than Immediate Supervisor):**

If the employee is not satisfied with the decision rendered in step 1, he/she must provide a written summation of the grievance to the program manager within five (5) working days after receiving the decision from step 1.  The receipt of the summation must be documented.  After being advised in writing of the grievance, the program manager will investigate and provide a written response to the employee which must be postmarked or otherwise delivered in documented form no later than the fifth (5th) working day following receipt of the employee's written summation.  If the employee is not satisfied with the response, he/she may proceed to step 3.

Step 3. **DIVISION DIRECTOR:**

If the employee is not satisfied with the decision rendered in step 2 (or step 1 if the program manager is the employee's immediate supervisor), he/she must provide a written summation of the grievance including all documentation and correspondence from the previous step(s) to the division director within five (5) working days after receiving the decision from step 2. The receipt of the summation by the Director must be documented. After being advised in writing of the grievance, the division director will investigate and provide a written response to the employee which must be postmarked or otherwise delivered in documented form no later than the fifth (5th) working day following receipt of the employee's written summation. If the employee is not satisfied with the response, he/she may proceed to step 4.

Step 4. **EXECUTIVE DIRECTOR:**

If the employee is not satisfied with the decision rendered in step 3, he/she must provide a written summation of the grievance including all documentation and correspondence from the previous steps to the Executive Director within five (5) working days after receiving the decision from step 3. The receipt of the summation by the Executive Director must be documented. At this stage, the Executive Director may talk with the employee and other parties involved in the incident leading to the grievance to get further clarification of the problem. After careful consideration of all facts, the Executive Director will render a decision in writing which shall be postmarked no later than the tenth (10th) working day following receipt of the summation from the employee. All decisions rendered by the Executive Director are final and binding.

## 9.2 REMEDIES RESULTING FROM GRIEVANCE PROCEDURES

The Arc of DC, Inc. will take necessary action to remedy any situation based upon a decision rendered in the grievance process. Such remedial action will depend on the nature of the grievance but may include reinstatement of the employee to the same or equivalent position with all lost pay and benefits and/or purging of the employee's personnel records.

## 9.3 GRIEVANCE SESSIONS DURING WORKING AND NON-WORKING HOURS

All efforts will be made to gather information and handle the employee's grievance as expeditiously as possible. Employees are requested to present grievances during normal working hours which are convenient to their supervisors, Division Director, etc. However, an employee may be asked to present his/her grievance after normal working hours if there are scheduling conflicts.

# SECTION 10

## DISCIPLINARY POLICY AND PROCEDURE

It is The Arc of DC, Inc.'s policy to enforce rules fairly and consistently for the benefit of all employees. Every effort will be made to prevent unwarranted disciplinary action. However, violation of established Arc of DC, Inc. rules and policies, depending on the frequency, seriousness and circumstances of the offense may result in disciplinary action against an employee up to and including termination. Additionally, The Arc of DC, Inc. employees working at non-Arc of DC work sites are subject to the policies and rules governing those worksites as well as The Arc of DC, Inc. policies. Any action taken against an Arc of DC, Inc. employee by an employer other than The Arc of DC, Inc. will be investigated, at which time a determination will be made by The Arc of DC, Inc. regarding the individual's employment status.

## 10.2 Description of Action Which Warrants Disciplinary Action

Disciplinary action, up to and including termination, will be taken in cases of employee misconduct, defined as a "wanton and willful disregard of an employer's interest by an employee ... a disregard of the standards of behavior which the employer has a right to expect of his employees; or negligence by the employee to such a degree or recurrence as to manifest culpability, wrongful intent or evil design toward the employer". The degree of disciplinary action taken is dependent on whether the misconduct is considered "simple", a series of minor rules or policy violations or "gross", a serious rule or policy violation.

### 10.2.1 Simple Misconduct

Examples of simple misconduct, which are subject to progressive disciplinary actions, include but are not limited to tardiness, excessive absenteeism, failure to perform job duties as required, unprofessional conduct or conduct reflecting negatively on The Arc of DC, Inc.

### 10.2.2 Gross Misconduct

Examples of gross misconduct, which will warrant immediate termination, include but are not limited to assault, theft, impairment or intoxication as a result of drug or alcohol use, physical or verbal abuse of persons served by The Arc of DC, Inc., exploitation of persons served by The Arc of DC, Inc. both in financial matters and otherwise, mishandling of consumer or agency funds, fraudulent misrepresentation, abandonment of position, neglect of persons served by The Arc of DC, Inc., insubordination, verbal or physical harassment, unauthorized use of agency vehicles or similar situations.

In most cases, the discharged of an employee for other than reasons of gross misconduct will be subject to the progressive disciplinary process as follows. However, any incident of gross misconduct may warrant immediate termination.

### 10.3.1 Verbal Warnings
The immediate supervisor will review his/her concerns with the employee. The employee will be told what action will be taken if another violation occurs. The immediate supervisor will keep a record of the date and time the verbal warning was given.

### 10.3.2 Written Warnings
The immediate supervisor will put in writing his/her concerns and will specify what improvement is needed, the time frame within which the improvement is needed and the precise nature of the action which will follow if improvement is not achieved. The written warning should be signed and dated by the employee and by the supervisor and placed into the employee's personnel file.

### 10.3.3 Return to Probationary Status
At the discretion of the supervisor, the employee may be returned to a probationary status for a period not to exceed ninety (90) days. This will be the case when the supervisor deems it necessary to monitor closely the employee's job performance or attendance. An employee, who is returned to probationary status, will be notified in writing by the supervisor. Such notification should detail the supervisor's concerns, specify what improvement is needed, the duration of the probationary period, and the consequences, should no improvement be evidenced. The written notification should be signed and dated by the employee and the supervisor and placed in the employee's personnel file. Return to probationary status will not affect an employee's participation in benefit programs.

### 10.3.4 Suspension Without Pay
An employee may be suspended from duty without pay when it is deemed by the employee's supervisor that immediate action is necessary and all the facts regarding a situation are not yet available. In such cases, the supervisor may direct the employee to leave the premises until a final decision regarding the employee's employment status is reached. When all the facts have been accumulated, the case will be reviewed by the employee's supervisor, program manager and division director as quickly as possible. If a suspended from work for a designated period of time without pay.

### 10.3.5 Discharges
If an employee is discharged due to reasons of gross misconduct or as the final step in the progressive disciplinary process, he/she will be notified in writing. All discharges must be approved by the Executive Director. Reasons for discharge will be documented and

made part of the employee's personnel file.  Employees who are discharged will be paid out in accordance with section 4 of this Manual.

# SECTION 11

## EXIT PROCESS

## 11.1 POLICY STATEMENT REQUIRING EMPLOYEE NOTICE OF INTENT TO RESIGN

Arc of DC, Inc. employees who resign their positions must give adequate written notice. Non-management employees are required to give two weeks notice while program supervisors and above are required to give four weeks notice. Failure to provide adequate written notice may cause a delay in payment of leave balances and other benefits and will become a part of the employee's personnel file.

## 11.2 EXIT INTERVIEW POLICY

Whenever possible, terminating employees will receive exit interviews. These exit interviews will be conducted prior to an employee leaving The Arc of DC, Inc. by the Director of Administrative Services.

## 11.3 EXIT INTERVIEW OBJECTIVES

The objectives of exit interviews are to:

- Discuss the reason(s) why the employee is leaving.
- Discover any complaints or observations the employee may have.
- Discover any misunderstanding the employee may have had regarding his/her job, in order that corrective action can be taken.
- Explain to the employee the reason for release, in the case of layoff or discharge.
- Retain the goodwill of the employee, family and friends toward The Arc of DC, Inc.
- Provide information to The Arc of DC, Inc. that would be helpful in making The Arc of DC, Inc. a better place to work.

## 11.4 RETURN OF DCARC PROPERTY

When the employment relationship is terminated for any reason, the employee will be required to return any property or working materials belonging to The Arc of DC, Inc. not later than his/her last working day. Failure to do so may result in delayed processing of the employee's final paycheck and adversely affect an employee's eligibility for rehire.

# SECTION 12
## OTHER POLICIES

## 12.1 EMPLOYEE CONDUCT

Certain guidelines regarding employee conduct and demeanor are necessary for the efficient operation of The Arc of DC, Inc. and for the benefit and safety of all employees and consumers. Conduct that interferes with the delivery of quality services, discredits The Arc of DC, Inc. or is offensive to consumers, employees or members of the public when the employee is representing The Arc of DC, Inc. will not be tolerated.

## 12.2 PERSONAL APPEARANCE

Employees' dress and grooming must be appropriate for the work situation and must reflect favorably upon The Arc of DC, Inc. Program managers should determine whether an employee's dress is suitable for performing his/her job duties. In the event an employee's clothing is determined to be inappropriate or otherwise unsuitable, the program manager shall have the authority to ask the employee to return home to change. Any such absence from work shall be without pay or charged to available annual leave.

Employees in certain work areas may be required to wear uniforms or specialized clothing due to the nature of the job (ie: food services, warehouse services). Safety should always be a consideration in determining the appropriateness of an employee's dress.

## 12.3 USE OF COMMUNICATION SYSTEMS

Personal use of The Arc of DC, Inc. telephones, facsimile machines, copiers and other communication systems impede normal workflow and burden The Arc of DC, Inc. with unnecessary expenses. Employees must limit personal telephone calls to emergency situations and when extenuating circumstances warrant it. If an employee must make a long distance telephone call or transmittal by facsimile machine, he/she must record the call on a Long Distance Telephone log sheet available from his/her immediate supervisor. The employee will be notified of any cost associated with the usage and must then reimburse The Arc of DC, Inc. Upon separation from The Arc of DC, Inc. any money owed or charges incurred from the personal use of equipment will be withheld from the employee's final wages or any subsequent payments made to the employee.

## 12.4 SAFETY

### 12.4.1 General Policy

It is the policy of The Arc of DC, Inc. to comply with all federal and local health and safety regulations and to provide a work environment that is as free from recognized hazards as feasible.

#### 12.4.1.1 Work-site Safety

Employees are expected to keep their work areas free of debris or potential hazards that can result in injury to employees and consumers. Supervisors are expected to inspect work areas periodically in order to identify any unsafe equipment and work practices, so they may be promptly corrected or alleviated. Employees are to receive instructions on the safe operation of equipment required to perform their normal job responsibilities, (i.e.: forklifts, custodial equipment,

kitchen appliances). Employees are expected to operate equipment only as directed and in such a manner that does not jeopardize the safety of others and is not detrimental to the normal operation of the equipment. Employees may be held liable for the repairs or replacement of equipment that is damaged or lost as a result of the employees actions. In the event an employee is injured, he/she must notify his/her immediate supervisor immediately.

### 12.4.1.2 Evacuation Safety

Evacuation drills will be conducted periodically and without prior warning. Employees should be aware of fire safety procedures and respect the seriousness of the process. Proper adherence to these policies will help to ensure the safety of employees and consumers in the event of an actual fire or other life threatening incident.

### 12.4.1.3 Vehicle Safety

Vehicles belonging to The Arc of DC, Inc. are to be driven only by authorized Arc of DC, Inc. staff and are to be used exclusively for The Arc of DC, Inc. business. When driving an Arc of DC, Inc. vehicle, the employee is expected to adhere to all traffic rules and regulations and to follow all safety measures to ensure the safety of his/her passengers. Traffic violations incurred while operating an Arc of DC, Inc. vehicle are the responsibility of the employee. In the event an Arc of DC, Inc. vehicle is involved in an accident, the authorized driver should report the incident to his/her supervisor immediately.

## 12.5 SECURITY

### 12.5.1 General Policy

It is the policy of The Arc of DC, Inc. to make reasonable efforts to provide security for its employees, consumers and guests.

#### 12.5.1.1 Personal Property

Employees are advised to safeguard their personal belongings while at work. Personal items should never be left unattended or in plain view. Employees should routinely secure personal items in their desks, offices or lockers. Employees must report all incidents of theft or other security violations to their immediate supervisor. While The Arc of DC, Inc. cannot assume responsibility for any loss an employee might incur, an investigation will be conducted. Employees, who commit illegal acts such as theft or vandalism, will be dismissed and may be prosecuted.

☐　#### 12.5.1.2 Visitors

It is The Arc of DC, Inc.'s policy to limit visitation to all Arc of DC, Inc. locations to staff, consumers, applicants, vendors, customers and other authorized business associates. Friends, relatives, personal acquaintances and other unauthorized persons are not permitted to visit The Arc of DC, Inc. Day Programs during working hours or linger about The Arc of DC, Inc. work sites, except in

cases of emergency. Employees are expected to exercise good judgement in the handling of unforseen visitors and to inform the visitor(s) of this policy. In addition, any employee receiving an unexpected visitor must assume full responsibility for that visitor's actions and behavior when the individual is on The Arc of DC, Inc. property. The intent of this policy is <u>not</u> to discourage the involvement of an employee's relatives or friends in The Arc of DC, Inc. activities, but to shield The Arc of DC, Inc. from any potential liabilities. It is important that all employees recognize that the probability of accidents, property damage, personal injury and security violations increases when access to The Arc of DC, Inc. work sites is not regulated.

## 12.6 CONFIDENTIAL NATURE OF BUSINESS

Employees are not to discuss information designated as confidential with anyone whose job responsibilities do not require that information. This includes general internal business affairs as well as information concerning the provision of services to consumers. Additionally, employees are not to provide information on or represent The Arc of DC, Inc. in matters outside their realm of authority. At no time should an employee enter into a contract or agreement that obligates The Arc of DC, Inc. without consulting or referring the matter to his/her immediate supervisor. At no time is an employee authorized to endorse or disapprove of services on behalf of The Arc of DC, Inc., nor is any employee authorized to market goods and services on The Arc of DC, Inc. premises, without permission from his/her immediate supervisor.

## 12.7 SMOKING

Smoking is not permitted in any Arc of DC, Inc. day program site.

## 12.8 DRUGS AND NARCOTICS

### 12.8.1 General Policy

The Drug-Free Work Place Act of 1988 requires all employers with Federal contracts of $25,000 or more to maintain a program for achieving a drug-free workplace. The Arc of DC, Inc. is in full support of this Act and has developed the following policies.

#### 12.8.1.1 Policy Statement

Employees are prohibited from the use, sale, dispensing, distribution, possession or manufacture of illegal drugs and narcotics on Arc of DC, Inc. premises, work sites or when operating Arc of DC, Inc. vehicles. The Arc of DC, Inc. will not hire individuals who abuse drugs or whose current use of such substances prevents them from performing their jobs or who would constitute a direct threat to the property or safety of others.

#### 12.8.1.2 Disciplinary Action

Employees will be subject to disciplinary action up to and including termination for bringing illegal, non prescribed drugs and narcotics to work; being under the influence of such substances while working; using them while working; or

dispensing, distributing, manufacturing or selling them on Arc of DC, Inc. premises or work sites. Any employee, consumer or visitor to any Arc of DC, Inc. operated premise or workday who is determined to be under the influence of drugs or narcotics will be required to leave the premises immediately.

### 12.8.1.3 Voluntary Admission of Substance Abuse

Any employee who voluntarily informs his or her supervisor that he/she abuses drugs will be given the opportunity to seek confidential rehabilitation treatment. While undergoing rehabilitation, the employee will be subject to policies regarding leave as outlined in Section 4.4 of this Manual. Upon completion of any inpatient treatment rehabilitation program, the employee may return to work provided a signed medical certificate is presented to his/her supervisor. This certificate should state that the employee is no longer abusing drugs and is capable of performing his/her duties without endangering the property or safety of others. Upon the employee's

return to work, The Arc of DC, Inc. reserves the right, should the employee's former

position not be available, to offer the employee a comparable position for which he/she is qualified. If the employee resumes substance abuse, he/she will be subject to termination.

### 12.8.1.4 Supervisor's Responsibility

Any supervisor who notices an employee demonstrating unusual behavior patterns which appear to be drug related shall report the observed behavior to his/her supervisor. Unusual behaviors that impair an employee's performance or constitute a direct threat to property or the safety of others shall be documented and the employee shall be subject to the same disciplinary process as described in Section 10 of this Manual. In the event the behavior is a result of drug use, the employee shall be required to undergo confidential professional treatment and rehabilitation. Supervisors shall take care that counseling, treatment or rehabilitation of substance abuse will have no influence on performance appraisals. Job performance, not the fact that an employee seeks counseling, is to be the basis of all performance evaluations.

### 12.8.1.5 Criminal Conviction

Any Arc of DC, Inc. employee convicted of a criminal drug violation occurring in the workplace must report such conviction in writing, to his/her supervisor within five days of the conviction. Any employee convicted of a drug abuse violation occurring in the workplace shall be subject to termination.

## 12.9 DRIVING POLICY

It is the intent of The Arc of DC, Inc. to ensure, to the greatest extent possible, the safety of consumers, staff and members of the public and to shield the agency from the potential liability associated with the operation of its motor vehicles.

Consequently, The Arc of DC, Inc. will take all steps necessary to ensure that staff who operate agency vehicles are legally eligible and permitted to do so. Additionally, The Arc of DC, Inc. will utilize the guidelines established by its insurance carrier to determine whether an individual's driving record is acceptable and thus make the individual eligible to operate any agency-owed or leased vehicle or be permitted to use his or her own vehicle when performing company business.

Classified as unacceptable is any driver with one of the following convictions within the past 3 years:

- Driving while license is suspended or revoked
- Driving while under the influence of drugs or alcohol
- Hit and Run
- Failure to report an accident
- Negligent homicide using a motor vehicle
- Using a motor vehicle for the commission of a felony
- Operating a motor vehicle without the owner's authority
- Reckless driving
- Permitting an unlicenced person to drive
- Speed Contest-Racing
- <u>Any</u> combination of accidents (regardless of fault) and moving violations which total four or more

Additionally, The Arc of DC, Inc. requires all drivers to have valid licenses issued by the District of Columbia, Virginia or Maryland. Employees who have out-of-state licenses at the time of hire will have, as a condition of continued employment, thirty (30) days to become licensed in one of the three local jurisdictions, if driving is essential to the position for which they are hired. Drivers with international or foreign licenses and individuals licensed less than (3) years, regardless of age, will be classified as unacceptable.

In the interest of safety, The Arc of DC, Inc. will require all applicants for positions which require driving to provide a motor vehicle record at the time of application . Applicants will be considered based on their overall driving record, regardless of whether any recorded incidents have resulted in an invalid driving status or points against the applicant's license. Additionally, The Arc of DC, Inc. will check driving records of all drivers at least annually and more frequently as warranted. The Arc of DC, Inc. must be notified by the employee of any infraction involving company or personal vehicles within 48 hours of the infraction.

An employee's driving privileges can be suspended by The Arc of DC, Inc.'s insurance carrier based on the professional opinion of the carrier. In addition, The Arc of DC, Inc. maintains the right to suspend the driving privileges of any employee who is classified as unacceptable or who,

in any way, jeopardizes his safety, the safety of others or the vehicle itself. Suspensions will be determined by the employee's employment status, a review of the employee's history of vehicle-related accidents or incidents, the nature of the accident or incident, including the severity of damage, injury and cost associated with the claim, and whether the accident or incident was preventable. During an employee's probationary period, the involvement in a vehicle accident or incident may be cause for automatic suspension and possible termination.

In some instances, an employee may be expected to follow a plan of action developed expressly for them by their supervisor and the Director of Administrative Services in order to enhance or improve their driving skills. This plan may include, but is not limited to, attending driver training sessions, completing a road test and being accompanied by a veteran driver for a pre-determined length of time. Failure to successfully complete the plan may result in permanent revocation of driving privileges.

An individual, whose driving privileges have been suspended by the insurance carrier due to an unacceptable record, may have the privilege reinstated if, after 1 year, there are no new accidents or convictions on their record. Such reinstatements must be agreed upon by the carrier and The Arc of DC, Inc.

The Arc of DC, Inc. will require all drivers to attend driver training courses scheduled by the Office of Administrative Services at least annually and more frequently as needed. Drivers will be notified by their supervisors of the date and time of the training and will be expected to attend any training for which they are scheduled. Failure to attend for reasons other than emergencies will be cause for suspension of driving privileges. In addition, attendance at such training does not automatically reinstate driving privileges to those classified as unacceptable or whose privileges have been suspended. While certain violations are more serious than others, all violations and driving information will be considered when determining a employee's eligibility to drive. This includes information that would speak to an employee's ability to make sound decisions, exercise good judgment and sense of responsibility as evidenced by an applicant's motor vehicle record, (i.e.; failure to display tags, lack of insurance, missed court appearances) and overall job performance.

## 12.10  OSHA BLOOD BORNE PATHOGENS STANDARD

### 12.10.1 General Policy

It is the intent of The Arc of DC, Inc. to comply with guidelines established by the Occupational Safety and Health Administration (OSHA) to prevent occupational exposure, control the transmission of blood borne pathogens and offer to employees determined to be at risk the Hepatitis B vaccination at no cost.

This policy provides an overview of the Occupational Exposure to Blood borne Pathogens Standard (29CFR Part 1910.1030) including its major components. A comprehensive exposure control plan, accessible to employees, can be found in every Arc of DC, Inc. program. The Arc of DC, Inc. employees will receive as part of the training program, specific program. Exposure control plans will be reviewed by the Exposure Control Committee at least annually and more frequently, if warranted. Members of the

Exposure Control Committee include the Director of Administrative Services and The Arc of DC, Inc. health services staff.

### 12.10.1.1 Exposure Determination

All Arc of DC, Inc. employees whose job functions may involve the potential risk of exposure to blood and body fluids are subject to this standard. To determine specifically who is at risk, every position will be evaluated at least annually by the Director of Administrative Services along with The Arc of DC, Inc. management staff to determine the potential for exposure to blood or body fluids. The Centers for Disease Control and OSHA have developed exposure classifications based on the reasonably anticipated risk involved in performing routine job-related tasks. Positions will be assigned classifications based on whether it can be reasonably anticipated that 1) all employees in a particular position may incur occupational exposure, 2) whether some employees in a particular position may incur occupational exposure or 3) whether no employees in a particular position may incur occupational exposure. An exposure determination will be made without regard to the use of personal protective equipment. Positions that are determined to be at risk of exposure will be reviewed and explained to the employee prior to assignment. Every employee is required to read and sign a copy of their job description, which will include the exposure classifications for that position. Signed job descriptions will be maintained by the Office of Administrative Services. A complete list of positions within each classification is included in every exposure control manual.

Risk of exposure will be determined for all Arc of DC, Inc. positions using the following classification system:

- Classification I: All employees in a particular position (i.e.: Counselor, Activities Coordinator, Licensed Practical Nurse) perform tasks on a routine basis where exposure to blood or bodily fluids can be reasonably anticipated. This includes all procedures or job-related tasks that involve a potential for mucous membrane or skin contact with blood or bodily fluids or a potential for splash or spills. At The Arc of DC, Inc., all staff, with the exception of the positions of Registered Nurse (RN) and Licensed Practical Nurse (LPN), render first aid as a collateral duty only. All employees in this classification must have appropriate personal protective equipment or take appropriate protective measures.

- Classification II: Some employees in a particular position may perform tasks that involve exposure to blood or bodily fluids. However, normal tasks or work routine involve no exposure to blood or bodily fluids. Employment may require unplanned Classification I tasks. Every employee in this classification will have appropriate personal protective equipment or take protective measures.

- Classification III: Normal tasks that are performed have no exposure to blood or bodily fluids and Classification I tasks are not a condition of employment. Although it is recognized that situations can arise at anytime and it can be possible for anyone to be exposed to blood or bodily fluids, employees in this classification are not called upon to perform or assist in emergency medical care or be potentially exposed in some other way as a condition of employment.

### 12.10.1.2 Control Methods
The Arc of DC, Inc. is committed to employing the following methods proven to control transmission of infectious disease in the workplace. Specific control methods and a schedule for reviewing effectiveness and ensuring a sufficient supply can be found in the Exposure Control Plans.

- Universal Precautions - Every Arc of DC, Inc. staff member, regardless of position, will be trained in and is expected to exercise universal precaution which assumes every direct contact with body fluids is infectious and requires that employees exposed to direct contact with body fluids be protected as though such body fluids were Hepatitis B (HBV) or HIV infected.

- Engineering Controls - Identified hazards in the workplace will be isolated and eliminated through the use of technological devices. Such devices include the use of 2 ply trash bags, needle/sharp object containers, containers for garments penetrated by blood or other blood borne pathogens and antiseptic soap. Additionally, The Arc of DC, Inc. will ensure that all equipment and environmental working surfaces shall be cleaned and decontaminated after contact with blood or other potentially infectious materials.

- Work Practice Controls - The manner in which job tasks are performed will be altered to reduce the likelihood of exposure to blood or other potentially infectious material.

- Personal Protective Equipment -The Arc of DC, Inc. will make available and accessible to employees at no cost such specialized clothing or equipment that will protect from direct exposure of  blood or other infectious material. Personal protective equipment may include but is not limited to gloves, gowns, laboratory coats, face shields or masks, eye protection, mouth pieces or other ventilation devices.

- The Arc of DC, Inc. will ensure that such equipment will be disposed of, cleaned, laundered, repaired or replaced to ensure its effectiveness at no cost to the employee.

### 12.10.1.3 Hepatitis B Vaccination
The Arc of DC, Inc. will offer at no cost to employees who have been identified as having the greatest potential of exposure (those in Classification I) the HBV

vaccination within ten (10) days of employment. Vaccinations will be obtained from ASCO medical supply and will be given by licensed medical personnel during normal work hours at a pre-determined location. Appointments will be scheduled through the employee's supervisor.

The vaccine will be offered to all other employees on a post-exposure basis within twenty-four (24) hours of a reported incident resulting in exposure to blood or other bodily fluids, unless the employee has previously had the vaccine or submits to testing which indicates the employee to have sufficient immunity.

Upon employment with The Arc of DC, Inc., employees in Classification I will be given a health survey/immunization status form to complete to determine whether the employee has already received the HBV vaccination, either totally or in part; whether the employee has had Hepatitis in the past; or whether there exists a condition that would exempt the employee from the vaccination.

Employees have the right to decline the vaccination but in doing so must complete a declination form. An employee who previously declined the vaccine had the right to receive it at any time during employment at the expense of The Arc of DC, Inc..

### 12.10.1.4 Reporting and Documentation

At each occurrence of exposure, the employee should notify his/her supervisor immediately, but under no circumstances later than the end of the employee's work shift in which the incident occurred. The employee must complete the *"Employee Report of Exposure Incident" Form* along with a *First Report of Injury Form* and an Arc of DC, Inc. incident report, which must include the following information: names of persons who provided assistance; a detailed description of the incident including the date and time and a determination of whether an "exposure incident", as defined by the standard, occurred. The employee's supervisor must complete the *"Supervisor's Investigation of Exposure Incident" Form* and forward it along with the other completed forms to the Director of Habilitation Services immediately upon completion. The Director of Habilitation will immediately forward copies of all documentation to the Exposure Control Committee which will review the incident and documentation and will confirm whether an exposure incident occurred. If an exposure incident occurred, the treatment procedure will be reviewed with the employee immediately. If it is determined that an exposure incident did not occur, the employee and supervisor will be notified and counseled by medical staff. As treatment and consultation with a medical professional must be provided to the employee within twenty-four (24) hours of the exposure incident, it is crucial that all reports and documentation be completed immediately and there be not delay in transmittal.

The Exposure Control Committee also will determine whether proper procedures were followed in performing the task in question and whether the employee utilized proper personal protective equipment. Recommendations aimed at preventing future incidents will be made and forwarded to the supervisor for review and implementation.

Incidents of exposure will be recorded on the OSHA 200 log if medical treatment is prescribed and administered by licensed medical personnel and if the illness can be traced back to an injury or exposure incident. Exposure reports will be kept confidential with access granted only on a "need to know" basis.

### 12.10.1.5 Post-Exposure to Hepatitis B

The Arc of DC, Inc. will promptly provide post-exposure Hepatitis B immunizations and counseling to an employee who has been exposed to blood or potentially infectious material within twenty-four (24) hours of the incident.

An employee who contracts Hepatitis B and has acute illness will be removed from work and will not be permitted to return until released by their attending physician. The employee must provide his/her supervisor with a return to work certificate issued by the attending physician. An employee who has Hepatitis B or is a carrier of the virus must wear gloves when performing invasive procedures or when open areas and cuts on hands are evident. The employee will receive counseling, follow-up education and have corrective measures reviewed to prevent future exposure.

### 12.10.1.6 Education and Training

All employees with occupational exposure shall receive training at the time of initial assignment to tasks where exposure may occur. Additional training will take place when changes or modifications to the job occur. All Arc of DC, Inc. staff, regardless of position, shall be provided with training at least annually. Training and materials used will be appropriate in content and vocabulary to the educational level, literacy and language of employees. Training will be conducted by a qualified individual(s) and will include the following components as well as an opportunity for employees to ask specific questions.

- OSHA Standard
- Epidemiology & Symptoms of Blood borne diseases
- Modes of transmission
- Exposure Control Plan
- Universal Precautions
- Ways to recognize procedures that risk exposure
- Ways to reduce or prevent exposure
- Proper use of protective equipment and clothing
- Benefits and risks of vaccination
- Reporting of exposures and emergency procedures for dealing with exposure
- Post-exposure follow-up
- Explanation of hazard signs and labeling

### 12.10.1.7 Disciplinary Action

Failure to comply with the requirements of this standard will result in progressive disciplinary action, up to and including termination. Non-compliance can include but is not limited to failure to attend training as scheduled; failure to successfully complete training requirements; failure to exercise precautionary measures or utilize protective equipment as outlined in the exposure control plan; and failure to follow reporting procedures in the event of an exposure incident.

If an employee fails to attend the required training for which they are scheduled or fails to successfully complete training requirements, he/she will be suspended from duty until such training has been successfully completed. An employee who fails to utilize proper protective precautions will be required to attend and successfully complete training, regardless of when he/she last attended such training.

All instances of non-compliance will be documented and forwarded to The Arc of DC, Inc. Exposure Control Committee which will investigate the alleged act and issue a determination to the employee's immediate supervisor. Any employee who knowingly and/or deliberately endangers himself, co-workers or consumers, will be subject to immediate termination.

## 12.11 POLICY AGAINST HARASSMENT

### 12.11.1 General Policy

It is the policy of The Arc of DC, Inc. to promote a productive work environment that is free from conduct that verbally or physically harasses, disrupts or interferes with the work performance of others or that creates an intimidating, offensive or hostile environment.

### 12.11.2 Definition

Conduct that is considered harassment is offensive, unwelcome physical or verbal behavior that may include comments or conduct related to an individuals race, color, national origin, religion, sex, sexual orientation, age, disability or veteran status.

Examples of conduct that creates an offensive work environment includes:

- unwelcome sexual flirtations, gestures, touching, advances or propositions;
- verbal abuse of a sexual nature including lewd jokes or comments;
- graphic or suggestive comments about an individual's dress or physical attributes;
- sexually degrading words used to describe an individual;
- the display in the workplace of sexually suggestive and/or offensive objects or pictures and any form of unwelcome offensive conduct;
- use of racial or sexual epithets and stereotypes, slang words or names or any other language or actions which by their nature or effect degrade or insult a person or any groups of persons on the basis of race, sex, color, national origin, religion, age, sexual orientation, veteran status or disability.

### 12.11.3 Supervisor Responsibility

Every supervisor has a responsibility to maintain a work environment free of harassment, sexual or otherwise. Additionally, a supervisor shall not state, suggest or imply that an employee's refusal or willingness to submit to sexual advances or personal favors will affect the employee's terms or conditions of employment.

### 12.11.4 Reporting Procedure

An Arc of DC, Inc. employee who has been the subject of or witness to actions or words that constitute harassment has a responsibility to report the situation. The employee shall notify his/her immediate supervisor as soon as possible following the incident. The employee may also notify the Director of Administrative Services should the incident involve the employee's immediate supervisor. A Supervisor who has received a complaint must notify the Director of Administrative Services immediately.

### 12.11.5 Investigative Procedure

An investigation will begin within five (5) working days of such report. Such investigation will be conducted in a swift and objective manner and will include the questioning of all identified participants and witnesses.

Confidentiality will be maintained to the greatest extent possible, but can not be guaranteed. Information concerning the investigation will be used only to determine actions to be taken and will be disclosed only to those with a "need to know" and in no case will retribution be taken against an employee for reporting an incident.

Upon completion of the investigation the evidence will be evaluated to determine whether a violation of The Arc of DC, Inc.'s harassment policy has occurred. The principal(s) involved will be notified in writing of the outcome of the investigation.

### 12.11.6 Disciplinary Action

If the investigation concludes that a violation of the policy has occurred, disciplinary action up to and including termination may be imposed. Such action will be dependent

on the nature and severity of the conduct, the frequency of the conduct and any prior complaints.

## 12.12  CONFLICT OF INTEREST POLICY

The Arc of the District of Columbia, Inc directors, officers, committee members, staff, volunteers and others, while acting on behalf of The Arc of DC, Inc., should avoid conflicts of interest. Even the appearance of a conflict of interest should be avoided. All actions should be based solely on the best interests of The Arc of DC, Inc., in accordance with applicable state and federal laws and regulations. Actions should not be influenced by personal considerations.

A conflict of interest occurs whenever an individual has a direct or indirect interest, financial or otherwise, in the outcome of any transaction or matter involving The Arc of DC, Inc. A conflict of interest also occurs whenever an individual has a relationship with other parties to the transaction or matter such that the relationship might reasonably be expected to affect the judgement of the individual in the particular transaction or matter in a manner adverse to The Arc of DC, Inc.

Every effort will be made by directors and staff to avoid entering into any arrangement with The Arc of DC, Inc. whereby financial gain will be realized, either directly or indirectly. In the event that an individual has a conflict of interest or potential conflict of interest in connection with any The Arc of DC, Inc., Inc, transaction or matter, he or she should immediately notify the President, Executive Director, or other appropriate Arc of DC, Inc. representative, and disclose all the material facts concerning the actual or potential conflict of interest and his or her relationship to the transaction or matter at issue.* Should a conflict of interest be disclosed, any arrangement, agreement, etc. must be approved by the Board of Directors with the affected member reclusing him/herself from all deliberations thereof.

If the conflict of interest arises in connection with the activities of any deliberative body (e.g. Board of Directors), the conflict should be disclosed to the other members of the body and the individual ordinarily should not participate in the consideration of the transaction or issue at matter. If the conflict of interest arises in connection with a workshop, seminar or other such program, the individual may be authorized to participate, provided that he or she agrees to disclose to the other participants and attendees the facts giving rise to the conflict and clearly identifies his or her remarks as personal opinion. If the conflict arises in connection with an Arc of DC, Inc. publication, the article, book or other material may be published with an appropriate disclosure letter to the reader.

The following categories or individuals will be required to sign and submit a Voluntary Disclosure Statement to the Executive Director's office on an annual basis:

- Members of the Board of Directors.
- Executive, Senior and Deputy Management staff.
- Other specific appointees as designated by the Board of Directors or Executive Director.

This Voluntary Disclosure Statement and the Conflict of Interest Statement will published at least annually in the July issue of The Arc of DC, Inc., Inc. newsletter.

*In the event that a conflict of interest or potential conflict of interest involves an Arc of DC, Inc. staff member at the level of manager or deputy manager, the Executive Director must be notified.

This revokes any previous policy approved and/or enacted by the Board of Directors.