UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Lowry Martin,** | ) | |
| Plaintiff, | ) | Civil Action No. 05-01411 |
| v. | ) | EGS |
|  | ) | |
| **The Arc of the District of Columbia** | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
|  | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOITON TO DISMISS**

Plaintiff Lowry Martin respectfully requests a brief enlargement of time, of one week, until July 2, 2007, to respond to Defendant's June 14, 2007 *Motion to Dismiss*. Defendant does not oppose Plaintiff's motion.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff's counsel is a solo practitioner, practicing primarily in the area of civil right/equal employment law litigation. Due to unexpected events in several of the firm's cases and recent computer problems requiring repairs to both office computers and the restoration of files, the undersigned has been unable timely complete appropriate responses in all appellate, district court and D.C. Superior court obligations. Despite her best efforts to make all deadlines, the undersigned has determined that it is in her client's best interests to request a week enlargement of time to produce a thorough, appropriate response to Defendant's dispositive motion.

Respectfully submitted,


Dawn V. Martin, Esquire
Federal Bar Number 412348
*Law Offices of Dawn V. Martin*
1090 Vermont Avenue, Suite 800
Washington, D.C. 20005
(202) 408-7040 telephone
(703) 642-0208 *facsimile*
DVMARTINLAW@yahoo.com
www.dvmartinlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**Lowry Martin,**                  )
    Plaintiff,   )   Civil Action No. 05-01411
    v.           )   EGS
                                   )
**The Arc of the District of Columbia** )
    Defendant.   )
_____)

## ORDER

Upon consideration of *Plaintiff's Unopposed Motion for an Enlargement of Time Respond to Defendant's Motion to Dismiss*, Plaintiff's motion is **GRANTED**.

Plaintiff have until July 2, 2007 to respond to Defendant's June 14, 2007 *Motion to Dismiss the Complaint*.

**SO ORDERED.**

                                                _____
                                                The Honorable Emmet G. Sullivan
                                                U.S. District Court for the District of Columbia