**GENERAL AFFIDAVIT**

**District of Columbia**
**County of** _____


**BEFORE ME**, the undersigned Notary,
_LaShaun Holmes_____ [name of Notary]
before whom affidavit is sworn], on this __13__ [day of month] day of
_August_____ [month], 20 _04_, personally appeared
_Chrispin O'Conner_____ [name of affiant],
known to me to be a credible person and of lawful age, who being by me first duly
sworn, on __his__ [his or her] oath, deposes and says:

Approximately on the second of July 2004, Ms. Lowry Martin called the Mental Retardation and Developmental Disabilities Administration to request that the Case Manager, Mr. Gary Washington, assist her to set up transportation on behalf of Ms. Catrina ▓▓▓▓ who should commence her supported work placement on Monday July 5, 2004. The time frame for setting up transportation was late. However, Ms. Martin was kind enough to volunteer to pick up Ms. ▓▓▓▓ to her work site and return until transportation was set up. I must indicate that there are not too many individuals [set forth affiant's statement of facts] who could have done what Ms. Martin did. I hope that the above mentioned statements could serve in the best interest of Ms. Martin.

_O'Conner_____
[signature of affiant]

Chrispin O'Conner
[typed name of affiant]

_429 O ST. N.W._____
[address of affiant, line 1]

_Washington D.C. 20001_
[address of affiant, line 2]


Subscribed and sworn to before me, this __13__ [day of month] day of
_August_____ [month], 20 _04_.

[Notary Seal:]

_LaShaun Holmes_____
[signature of Notary]

LaShaun Holmes
[typed name of Notary]

NOTARY PUBLIC

My commission expires: _March 14_, 20_09_.

LaShaun V. Holmes
Notary Public, District of Columbia
My Commission Expires 03-14-2009