GENERAL AFFIDAVIT

District of Columbia
County Of _____

BEFORE ME: the undersigned Notary, __E. Faye Williams__ [name of Notary) before whom affidavit is sworn], on this __28th__ [day of month] day of __October__ [month], 2004, personally appeared __Karen Krueger__ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on __her__ [his or her] oath, deposes and says:

    1. On November 1, 2001, I was appointed guardian for Milton ▮▮▮. Milton is moderately retarded and has prostate cancer. He needed a guardian because he had no family members who were able to consent to medical procedures on his behalf.

    2. At the time of my appointment as guardian, I was also acting as Milton's attorney. I was appointed to represent Milton in mental retardation proceedings by the Superior Court of the District of Columbia on March 28, 1991. I have since withdrawn as Milton's attorney, but I am still Milton's guardian.

    3. During the course of a visit to Milton's day program in April 2004, I met Lowry Martin, who was attempting to find a job placement for Milton. Subsequently, in July 2004, Ms. Martin was able to place Milton in a part-time job at a Whole Foods market near his home.

    4. It is my understanding that Ms. Martin worked closely with D.C. Health Care, Inc., where Milton resides, to ensure that Milton was placed in a job at a convenient location. It is also my understanding that Ms. Martin worked closely with the management of the Whole Foods market to allay their concerns about hiring someone who is mentally retarded.

5. Milton's job placement is a great success. He loves his job and the management of the Whole Foods market is pleased with his performance.

6. In the thirteen years I have known Milton, I have never seen him so happy or fulfilled.

_Karen Krueger_
[signature of affiant]

Karen J. Krueger
[typed name of affiant]

490 M St., S.W., #700
[address of affiant, line 1]

Washington, D.C. 20024
[address of affiant, line 2]

Subscribed and sworn to before me, this __28th__ [day of month] day of __October__ [month], 2004.

[Notary Seal:]

_E. Faye Williams_
[signature of Notary]

__E. Faye Williams__
[printed name of Notary]

NOTARY PUBLIC

My commission expires: __December 14__, 20__04__.