# GENERAL AFFIDAVIT

**District of Columbia**
**County of** Washington D.C.

**BEFORE ME, the undersigned Notary,** Donna Walcott _____ [name of Notary] before whom affidavit is sworn], on this 25th _____ [day of month] day of August _____ [month], 20 04, personally appeared Lyntellus Brooks Bey _____ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on his _____ [his or her] oath, deposes and says:

I, Mr. Brooks Bey am the Residential Counselor for Mr. Chris ■■■ who is a Permenant Resident of our Program that is Run By Ward + Ward. I would like to comment on the excellent work of Ms. Lowry Martin who was formerly employed by the ARC of DC as the Employment Coordinator. Due to her diligence + efforts Chris ■■■ is happily employed at Giant foods (close to his home) Prior to this Placement Mr. ■■■ had not been employed since 1999. While at the ARC, Chris really hates his job. [set forth affiant's statement of facts] And has been employed since Feb-04. We thank Ms. Martin for the excellent + caring work. I would like to add, it is my opinion that Ms Annetta Graham is very uncooperat[ive]. This has been my past experience. If further info is needed you may contact me at 202-882-15__

_[signature of affiant]_

Lyntellus Brooks Bey
[typed name of affiant]

1315 Belle Haven Dr
[address of affiant, line 1]

Landover, MD 20785
[address of affiant, line 2]

Subscribed and sworn to before me, this 25th _____ [day of month] day of August _____ [month], 20 04.

[Notary Seal:]

_D. Walcott_
[signature of Notary]

Donna Walcott
[typed name of Notary]

NOTARY PUBLIC

Donna Walcott
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires April 14, 2005

My commission expires: _____, 20___.