August 7, 2004

To Whom It May Concern:

This letter is to speak on behalf of Ms. Lowry Martin. Ms. Martin was an employee at the DC ARC during the time period that our son George ▓▓▓▓▓. was a client at the DC ARC program for adults with disabilities. Ms. Martin worked very closely with our son George. We found her to be extremely professional, hard working, and caring in all her interactions with George as well as our family. George was a client at the DC ARC for nine years in their job training and placement program. The DC ARC program had been unsuccessful in placing George in gainful employment until Ms. Martin became involved with his placement and job search. Ms. Martin was instrumental in assisting George in finding a wonderful job, accompanying him to a successful interview, and providing our family with all necessary information to support George. Ms. Martin has been an invaluable support and resource for George and our family. We duly swear the preceding to be true.

Sincerely,

*George Harshaw SR*

Mr. George Harshaw Sr.

*Lois Harshaw*

Mrs. Lois Harshaw

2345 34th St SE
Washington, DC 20020
202-584-8316

District of Columbia : SS
Subscribed and Sworn to before me
this /6th day of August 2004
*Linda M. Wallace*
Linda M. Wallace, Notary Public, D.C.
My commission expires

Linda M. Wallace
Notary Public District of Columbia
My Commission Expires 2/14/07