**GENERAL AFFIDAVIT**

District of Columbia
County of _____

BEFORE ME, the undersigned Notary, _Mattie Renee Sheppard_ [name of Notary before whom affidavit is sworn], on this _7_ [day of month] day of _August_ [month], 20_04_, personally appeared _____ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _____ [his or her] oath, deposes and says:

I Shirley Thrower, mother of ~~[redacted]~~ a former client of the Arc of D.C. Through the efforts of Lowly Martin, employment counselor, Gregory is employed with the Bureau of Prisons. Ms. Martin secured necessary documents to achieve his success including birth certificate, social security cards and photo identification. I am extremely pleased with the diligent efforts of Ms. Martin and am proud that my son is moving toward stability.
[set forth affiant's statement of facts]

_Shirley J. Thrower_
[signature of affiant]

_Shirley J. Thrower_
[typed name of affiant]

_3923 ML King Ave Washington DC_
[address of affiant, line 1]

_____
[address of affiant, line 2]

Subscribed and sworn to before me, this _7th_ [day of month] day of _August_ [month], 20_04_.

[Notary Seal:]

_Mattie Renee Sheppard_
[signature of Notary]

_Mattie Ronee Sheppard_
[typed name of Notary]

NOTARY PUBLIC    Expiration Date 10-31-07
                Mattie Renee Sheppard
                District of Columbia
My commission expires: _____, 20____.