SEP 22,2004 17:15          000-000-00000                    Page 2

# GENERAL AFFIDAVIT

~~District of Columbia~~ Maryland
County of Prince George's

BEFORE ME, the undersigned Notary,
_____ [name of Notary]
before whom affidavit is sworn], on this _____ [day of month] day of
_____ [month], 20____, personally appeared
_____ [name of affiant],
known to me to be a credible person and of lawful age, who being by me first duly
sworn, on _____ [his or her] oath, deposes and says:

*I am an ex-coworker of Ms. Lowery Martin at the Arc. of the District of Columbia, Inc. During her employment here, I found her to be friendly and helpful as well as to my knowledge, liked and respected.*

[set forth affiant's statement of facts]

*Arlene B J—* [signature of affiant]

*Arlene B Johnson* [typed name of affiant]

*1805 3rd St NE* [address of affiant, line 1]

*Wash DC 20017* [address of affiant, line 2]

Subscribed and sworn to before me, this 8th [day of month] day of
October [month], 20 04.

[Notary Seal:]

*Jacqueline Caldwell* [signature of Notary]

[typed name of Notary]     JACQUELINE CALDWELL
NOTARY PUBLIC              Notary Public, State of Maryland
                           My Commission Expires Jan. 31, 2005

My commission expires:           20