# GENERAL AFFIDAVIT

State of Maryland ~~District of Columbia~~ dc
County of Prince George

**BEFORE ME, the undersigned Notary,** Ashraf Qureshi [name of Notary before whom affidavit is sworn], on this 2nd [day of month] day of October [month], 2004, personally appeared Amy Cau [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on her [his or her] oath, deposes and says:

When Lowery Martin worked as a Job Developer at the Arc of DC, I found her to be a hard-working individual who was generous with her leads. As a result of Ms. Martin sharing her leads, three of the people on my caseload were placed: Alton Carter at the Kentucky Fried Chicken in Oxon Hill; Walter Bunn and Christopher Gillard at the Pentagon through Chimes. I had a good working relationship with Ms. Martin.

[set forth affiant's statement of facts]

*Amy P. Cau*
[signature of affiant]

Amy P. Cau
[typed name of affiant]

5407 38th Avenue, T-2
[address of affiant, line 1]

Hyattsville MD 20781
[address of affiant, line 2]

Affiant identified through Md. Dr. Lic: C000066680878.

Subscribed and sworn to before me, this 2nd [day of month] day of October [month], 2004.

[Notary Seal:]

*[signature]*
ASHRAF H. QURESHI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 27, 2007
[signature of Notary]

_____
[typed name of Notary]

NOTARY PUBLIC

My commission expires: 2/27/2007, 20___.