# Lowry A. Martin

10204 Pine Meadows Lane
Upper Marlboro, MD 20772
(240)441-6248/(301)599-7106

**Experience**    2002- Present          Catholic Diocese of Arlington          Arlington, VA
**Refugee Services – Employment DevelopmentSpecialist**
- Develop job opportunities for TANF Recipients
- Develop job opportunities for individuals newly resettled in the U.S
- Monitor progress of individuals assisted
- Develop transportation plan

2000-2002          Catholic Charities          Washington, DC
**Men in Transition (Substance Abuse-Justice System)**
- Develop job opportunities for TANF recipients
- Develop job opportunities for individuals newly resettled in the U.S
- Monitor progress of individuals assisted
- Develop transportation plan

1998-1999          Lockheed Martin          Washington, DC
**Welfare to Work**
- Develop job opportunities for TANF recipients
- Triple division revenues for each sales associate.
- Expand sales to include mass market accounts.

1995-1998          Coalition for the Homeless          Washington, DC
**Employment Development Specialist**
- Orientates Head of Households on job readiness activities and training
- Conduct individual assessments through an employment development plan.
- Interview Head of Households individually to obtain additional skills, knowledge and other data relevant to employability and job placement.
- Conduct individual counseling on job skills, resume preparation, interview techniques, and leads and market trends
- Design and coordinate workshops and seminars
- Contact potential employers to develop relationships that would lead to exchange of information regarding employment
- Maintain a log of employment, training and educational resources throughout the metropolitan area
- Refers participants for job interviews and training
- Engage in follow-up activities to determine participant outcomes related to referral effectiveness and job search status
- Maintain written documentation/file on all head of household attendance, progress and group activities
- Serves as part of a Case Management Committee meeting to discuss the progress of clients with other placement coordinators and the intake orientation person to accomplish this task

10/06/98  TUE 13:10 FAX 7038969482     EIGHT QRMC                                       ☑002



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF HUMAN SERVICES
WASHINGTON, D.C. 20002

IN REPLY REFER TO

IMA/JOB CLUB
60 Florida Avenue Northeast
Second Floor
Washington, D.C. 20002
202-673-7733

October 6, 1998

To whom it may concern:

I am pleased to refer Ms. Lowry Martin for employment as a Rehabilitation Counselor. My familiarity with Ms. Martin's work ethic and professional capacities is founded upon our working relationship wherein she served as liason for her agency's welfare to work initiative to my office which principally monitors human service contractors in the District of Columbia.

During the years, Ms. Martin has distinguished herself as an innovative catalyst in developing employment opportunities for at-risk populations. She is particularly adept in servicing persons in transition and disabled. Her work has been formally recognized by her employer where she was awarded the employer of the year designation. In addition, Lowry has been creative in fostering collaborative relationships to minimize duplication of services among providers sharing clients.

I can account several instances of service, but Lowry's greatest strength is her passion for helping those traditionally locked out of mainstream opportunites and the compassion of her counsel to her clients. Given her skills, experience and capacity for future service, I enthusiastically refer Ms. Lowry Martin for opportunities of service to your agency.

You may confer with me at your convenience.

Sincerely,

Raymond M. O'Pharrow
Facilitator

DHS-107

10/07/98   10:06   ☎202 224 4882                                                                                             ☒002

## WILSON ASSOCIATES

627 Jefferson Street, NE
Washington, D.C. 20011
(202) 635-3815

October 6, 1998

To Whom It May Concern:

I am writing this letter of recommendation for Ms. Lowery Martin. I had the pleasure of supervising Ms. Martin for almost three years in her position as Employability Specialist at Davis Memorial Goodwill Industries. In this position, Ms. Martin counseled people with disabilities in employment skills. She also developed employment opportunities for these individuals in the competitive employment markets and assisted in the implementation of job and information fairs.

Ms. Martin was very conscientious in the performance of her duties and responsibilities. She provided excellent counseling services and prepared the program participants well. Ms. Martin is a very adept public speaker and effectively facilitated many training sessions. The relationships Ms. Martin developed with area employers greatly benefitted the program participants and she maintained high departmental placement statistics.

Ms. Martin displays enthusiasm for the job with a unique understanding of people. This innate ability allowed her to make compatible placements which benefitted both the employer and employee. She maintained contact with the job sites after placement and provided excellent follow up services, which helped preserve jobs. Ms. Martin demonstrated a very professional demeanor and practiced what she taught to the program participants. I would highly recommend Ms. Martin for any position in the field of employment and training. After many years in this profession, Ms. Martin has demonstrated her commitment to and expertise in the field.

If additional information is required, please feel free to contact me at (202) 635-3815 or the address above.

Sincerely,

*Iris Wilson*

Iris Wilson

OCT. -08' 98(THU) 14:39    MELWOOD..CO-OP    TEL:3015997621    P 001



# Melwood
*Growing Together*

October 8, 1998

To Whom It May Concern:

We have worked with Ms. Lowry Martin for several years. She has served as a constant source of employment for Melwood. Ms. Martin is a wonderful person to network with. While at the Goodwill Industries she was instrumental in our employment of approximately thirty (30) people with disabilities. Ms. Martin will be an asset to any agency she is employed with. We look forward to a continued relationship with Ms. Martin.

Sincerely,

Wes Chavis,
Custodial Area Manager

*Chairman*
JAY R. KERN
Vice President - Gen. Mgr.
Land & Commercial

*Vice Chairman*
M. ROBERT ANDERSON
Legislative Consultant
Mid-Atlantic Coca-Cola

*Treasurer*
WILLIAM W. FRIEL, JR.
Retired

*Secretary*
TIMMIE JENSEN
Retired

*Assistant Secretary*
LOUIS WELKER
Assistant Director
Facilities Construction Div.
ARS Facilities

*Past Immediate Chairman*
THOMAS J. LANTZ, C.P.A.
PRESIDENT
LANTZ & ASSOCIATES, C.P.A.

*Directors*
M. DOREEN CROSER
FRANK DEHART
THOMAS HARINN
GEORGE MOORE
J. ROBERT MOORE
JUANITA ROBERTS
ROBERT SYKES
CLAYTON WERNER

*Executive Staff*
EARL COPUS, JR.
President/CEO

FRANK HERRON
Chief Operating Officer

RICHARD F. BARNARD
Senior Vice President
Employment Services

JOANNE M. MCDONALD
Vice President
Community Living &
Leisure Services

JERALD D. WIRTH
Vice President
Finance & Administration

*Of Counsel*
GARY R. ALEXANDER
Alexander & Cleaver


5606 Dower House Rd • Upper Marlboro, MD 20772 • Phone 301-599-8000 • Fax 301-599-0180
12705 Country Lane • Waldorf, MD 20601 • Phone 301-870-6722 • Fax 301-932-7410
1669 Columbia Road, NW • Suite T-2 • Washington, D.C. 20009-3609 • Phone 202-232-1077 • Fax 202-232-0146


ID:                                    OCT 05'98   14:42 No.008 P.02



Professional People
Applicants Always Available
Jobs

# Paj Business Staffing

• Recruiting & Staffing Services • Outsourcing/Contract Recruiting • Executive Search
• Training • Facility & Project Management • Technical & Information Processing Services

October 5, 1998

To whom it may concern:

In the past four years I have had the opportunity to conduct business with Ms. Laurie Martin and have found each event or placement to be more than satisfactory. I must commend Ms. Martin on the many placements that she has helped my company with as well as the many recruitment events that she has invited us to participate in. We have had great success with each request that we have posed to her. She is a very energetic do everything herself (if she must) kind of person. Time after time she has grasped the bull by the horn at a moment's notice. She has given us just what we needed or sent us to the person or organization that could pull it off. I have had the pleasure of working with her through two organizations and each time the help, dedication and commitment was always top flight.

I wish her the best in her next endeavor and hope that whatever her position duties entail, that it will allow us to keep her as a part of our network of resources.

Sincerely,

*P. Renee Patterson*

P. Renee Patterson
Vice President
 And Regional Manager

• 1400 Spring Street • Suite 150 • Silver Spring, Maryland 20910-2735
(301) 589-4600 • Fax (301) 589-4422

**PUBLIC DEFENDER SERVICE**
FOR THE DISTRICT OF COLUMBIA
451 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001-2775

(202) 628-1200
(800) 341-2582
FAX (202) 626-8423
FAX (202) 626-8437

BOARD OF TRUSTEES

CONSTANCE T. O'BRYANT
CHAIRPERSON
FREDERICK D. COOKE, JR.
VICE CHAIRPERSON
JOE ROBERT CALDWELL, JR.
FRANCIS D. CARTER
ANGELA JORDAN DAVIS
MARIE C. JOHNS
MICHAEL J. MADIGAN
WILLIAM W. TAYLOR, III
NANCY MARIA WARE

JO-ANN WALLACE
DIRECTOR

S. PAMELA THOMAS GR
DEPUTY DIRECTOR

October 9, 1998

Virginia Department of Vocational
Rehabilitation Services
Commonwealth of Virginia

Re: Applicant, Lowry A. Martin

This letter is in support of Lowry A Martin who is applying for the position of Vocational Rehabilitation Counselor with your agency.

I have known Ms. Martin for over six years and have maintained frequent contact with her during this period. I have found her to be an exceptionally competent and dedicated employment placement specialist and counselor who is always enthusiastic about her work.
Ms. Martin has the ability to easily establish rapport and close communication between clients agencies and professionals alike, thereby helping to formulate solid relationships.
She has been especially effective in assisting her clients to understand requirements of "The World of Work", therefore helping them to accept expectations of employers. At the same time she readily explains to employers the clients the clients strengths and limitations which helps to minimize impediments.

During the past several years, Lowry Martin has held good contacts with the Public Defender Service and has placed several persons with us in a Work Experience capacity. We have enjoyed excellent service from these placements in our personnel, administrative, and data offices and we look forward to continued placements.

I strongly support Ms. Martins' application for any position of employment development and placement. She is a highly qualified and competent individual with a knack for working with the disadvantaged, under skilled and unrepresented population.

Sincerely,

Charles Rouselle

Charles Rouselle
Chief of Operations
Offenders Rehabilitation Division

# Migration Office Welcomes the 'Strangers in Our Midst'

By MARY FRANCES MCCARTHY
HERALD Staff Writer

"The Church is ever mindful that Jesus Christ was himself a refugee, that as a child he had to flee with his parents from his native land in order to escape persecution. In every age, therefore, the church feels herself called to help refugees. And she will continue to do so to the full extent that her limited means allow." — Pope John Paul II

The Arlington Diocese Office of Resettlement recently received a contract from the Virginia Office of Newcomer Services, a division of Health and Human Services, that will enable them to expand their services to refugees and will make the office the largest service provider to refugees in the area. The funding will allow the office to expand from four staff members to 12, with additional offices in Chantilly, Fairfax and Manassas.

Then United Nations High Commissioner for Refugees (UNHCR) defines a refugee as a person who has fled their native country because of a "well-founded fear of persecution" based on race, religion, nationality, political opinion or membership in a social group. The term "refugee" does not include those people who have left their homeland seeking solely a more prosperous life.

There are two kinds of refugees. One has family in this country, even if it is a distant relation, and that family helps to support them when they arrive. The other refugee relies on an agency such as the Office of Resettlement to be their "family," and to help them grow accustomed to their new surroundings.

The diocesan office is one of 101 offices of the United States Conference of Catholic Bishops (USCCB) Office of Migration and Refugee Services (MRS). In the last 30 years, over 1 million refugees have been resettled through MRS. The Arlington office has helped over 16,000 refugees from all over the world resettle in Northern Virginia since 1975. The people they have helped have come from Somalia, Sudan, Iraq, Iran, Eritrea, Vietnam, Ethiopia, Cambodia, Cuba, Russia, Romania, Burma, Laos, Poland, Hungary, Liberia, Afghanistan, Congo and Sierra Leone.

According to the office, its mission is to "welcome people of all races, nationalities and creeds to the Northern Virginia community, to provide a supportive environment in which the dignity of each person is respected and each culture celebrated, and to provide these individuals with the tools necessary for self-sufficiency and independence in America." The Office of Resettlement helps refugees not because they are Catholic, or because they want to convert them, but because it is the duty of the Catholic community to "welcome the stranger."

The Arlington office serves, on average, 300 people a year. It does not have any involvement in bringing refugees



HERALD Photo by Mary Frances McCarthy
FINDING WORK — Employment specialist Lowry Martin (left) helps a refugee find a job that would be suitable for him.

into the country. Its purpose is to assist them once they are here so that they may become self-sufficient and integrate into society.

When refugees arrive, someone from the office will meet them at the airport. They will then go through an orientation process and receive a health screening. The office helps refugees apply for a Social Security card and enroll in Social Services. All of these things are done with the goal of employment in mind. Other services provided by the office include counseling and acculturation services; housing, furniture and the basic needs for their first month; transportation; emergency assistance; English as a second language classes; comprehensive employment services; computer

Arlington Catholic Herald    November 28, 2002

# Migration Office Welcomes the 'Strangers in Our Midst'...

(Continued from page 13)

training, interpretation services and immigration counseling.

Although the Office of Resettlement is excited to have received the state contract, it only covers the cost of salaries for the additional employees, and for a few specific added services to the refugees. The diocese has donated office space and a storage area to the Office of Resettlement. However, there are still many bills that need to be paid. The office will rely heavily on donated supplies and services. The office will have to rely on donations to supply the eight new employees with computers, telephones and internet access. The office was able to purchase a few second hand desks. Aside from the community, volunteers are needed for services such as English tutoring, translation and orientation, transportation to appointments and interviews and helping the staff gather and move donations and furnish homes.

The refugees need people to help them learn more about the area where they live. They need someone to show them where the grocery store is, where they can buy clothes, how to send a letter. Refugees coming into this area need furniture for their homes and vehicles to get to work. The office relies on donations to be able to supply people with these necessities.

Some parishes and groups have combined resources so that they can "adopt" a refugee family, providing



WELCOMING — This staff of the Office of Resettlement, which helps refugees to become self-sufficient U.S. citizens, will expand with the help of a state contract. The staff, soon to number 12, currently includes (from left, seated) Mary Ann Ondrey, Lowry Martin, (standing) Ahmed Abdalla, Seyoum Berhe, Paul Kaczmarek, Munyr N. Abdulle, Khaled Paymozd, Rebecca Ruiz and Soumaya Thompson.

HERALD Photo by Mary Frances McCarthy

them with material goods, transportation, and most importantly, friendship.

Rebecca Ruiz, resource manager, said her office is offering people the opportunity to act out the corporal works of mercy in their own back yard. "You don't have to go on a mission. You don't have to go to another country," she said. She feels that it is the duty of Catholics to be the Good Samaritan, and help the poorest of the poor.

Berhe hopes that this Christmas they might be able to show the refugees currently under their care, that Christmas has expanded beyond just a Christian holiday. He hopes that the children of refugees might be able to receive presents just as their peers do. Berhe wants Christmas to be an event to spread camaraderie across religious lines.