

Coalition For The Homeless

is pleased to recognize

LOWRY MARTIN

AS

*Employment and Development Employee of the Year*

*In recognition of your outstanding support and dedicated service to the homeless*

Annual Meeting
October 29, 1997

# THE CATHOLIC CHARITIES INSTITUTE

*Awards*

**Lowry Martin**

*7.5 Contact Hours*

*For Satisfactory Participation in*

**INDIVIDUAL COUNSELING: MICROCOUNSELING SKILLS COURSE**

*DCCB/PADC Approved, Course Number 0200-39*

**May 18, 2001**

*Rexie Yancey, Jr., M.S.W.*
Regional Director

*Nancy B. Butler, Ph.D.*
Clinical Manager

# CATHOLIC CHARITIES OF THE ARCHDIOCESE OF WASHINGTON, DC

Hereby acknowledges that

On this 10th day of April in the year 2002

## Lowry Martin

Has successfully completed the

### Medication Monitoring

Presented by

Sister Joann Knight

LaVerne Hopton, Vice President
Human Resources

Hour(s) of Training 200 hours

Date

# CATHOLIC CHARITIES OF THE ARCHDIOCESE OF WASHINGTON, DC

Hereby acknowledges that
On this 2nd day of May in the year 2001

**Lowry Martin**
has successfully completed the

**Ethics & Morality**
Presented by: Sr. Vincenia Joseph
And
Sr. Ann Patrick Conrad

LaVerna Boston, Acting Vice President
Human Resources

Date 5/2/01

Hour(s) of Training 2.5

# THE CATHOLIC CHARITIES INSTITUTE

*Awards*

**Lowry Martin**

*7 Contact Hours*

*For Satisfactory Participation in*

**Crisis Intervention Techniques**

*DCCB/PADC Approved, Course Number 0200-31*

**April 27, 2001**

*Rosie Yancey, Jr., M.S.W.*
Regional Director

*Nancy B. Butler, Ph.D.*
Clinical Manager

# THE CATHOLIC CHARITIES INSTITUTE

*Awards*

**Lowry Martin**

*7 Contact Hours*

*For Satisfactory Participation in*

**GROUP COUNSELING SKILLS**

May 18, 2001

_Rexie Yancey, Jr., M.S.W._
Regional Director

_Nancy B. Butler, Ph.D._
Clinical Manager

# THE CATHOLIC CHARITIES INSTITUTE

*Awards*

**Lowry Martin**

*7 Contact Hours*

*For Satisfactory Participation in*

**Personal and Professional Development**

DCCB/PADC Approved, Course Number 0200-25

**April 20 & 21, 2001**

*Rexie Yancey, Jr., M.S.W.*
Regional Director

*Nancy B. Butler, Ph.D.*
Clinical Manager

# THE CATHOLIC CHARITIES INSTITUTE

*Awards*

**Lowry Martin**

*7 Contact Hours*

*For Satisfactory Participation in*

**Personal and Professional Development**

*DCCB/PADC Approved, Course Number 0200-25*

**April 21, 2001**

_Roxie Yancey, Jr., M.S.W._
Regional Director

_Nancy B. Butler, Ph.D._
Clinical Manager

# CATHOLIC CHARITIES OF THE ARCHDIOCESE OF WASHINGTON, DC

Hereby acknowledges that

On this <u>19th</u> day of <u>April</u> in the year <u>2001</u>

**Lowry Martin**

has successfully completed the

**Diversity Training**

Presented by: Sandra Jackson

_LaVerna Boston_
LaVerna Boston, Acting Vice President
Human Resources

4/19/01
Date

Hour(s) of Training 7.5