

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

**Office of CAREER AND TECHNOLOGY EDUCATION & SCHOOL-TO-CAREERS**
825 North Capitol Street, N.E.
Eighth Floor, Room # 8112
Washington, DC 20002
(202) 442-5062 • FAX (202) 442-5081
www.k12.dc.us

Dr. Arthur Curry, Executive Director

October 7, 2004

To Whom It May Concern,

This letter of recommendation is being written on behalf of Ms. Lowery Martin. I supervised Ms. Martin during her employment with Davis Memorial Goodwill Industries, Inc. and Lockheed Martin.

As a Job Placement and Training Specialist, Ms. Martin was a conscientious employee who worked well independently and as a part of a team. She maintained excellent relationships with the business community and placed many individuals in employment and training positions. Ms. Martin possesses superb written and verbal communications skills and uses creative solutions to tactfully resolve situations.

I highly recommend Ms. Martin to any employer who is seeking a hard working, resourceful, committed and creative employee. Please contact me for additional information at (202) 727-7906.

Sincerely,

*Iris Wilson*

Iris Wilson



## COALITION FOR THE HOMELESS

Michael L. Ferrell, Executive Director

October 12, 2004

To Whom It May Concern:

This letter of recommendation is in support of Lowry Martin. I have known Ms. Martin for approximately 10 years. She worked for the Coalition for the Homeless in the capacity of an Employment Development Specialist as part of our Welfare to Work Program from 1995 to 1998. During Ms. Martin's tenure, she was extremely successful in meeting the goals and objectives of the organization's employment program. Ms. Martin demonstrated and achieved a high placement rate for the participants we served during her three years of employment with the Coalition.

In 1997, Ms Martin was awarded the employee of the year for the Employment Services Division.

Ms. Martin represents a very professional, dedicated and caring individual, and she would definitely be an asset to any organization.

Sincerely,

Linda P. Fields
Director, Employment Services
Coalition for the Homeless




United Way #8194    1234 Massachusetts Avenue, NW • Washington, DC 20005 • 202-347-8870 • Fax 202-347-7279    CFC #8194