UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LOWRY MARTIN,                       )
                                    )
            Plaintiff,              )
                                    ) Civil Action No. 05-1411 (EGS)
      v.                            )
                                    )
ARC OF THE DISTRICT                 )
OF COLUMBIA,                        )
                                    )
            Defendant.              )
_____)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss the complaint is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that plaintiff's claims under the False Claims Act and the Whistleblower Protection Act, as well as the claim for intentional infliction of emotional distress, are **DISMISSED** with prejudice.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          March 28, 2008**