UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lowry Martin ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05CV01411 |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ) | |
| The Arc of the District of Columbia ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant The Arc of the District of Columbia, Inc. ("The Arc"), through counsel, submits this Motion for Reconsideration of the Court's Denial of Defendant's Motion to Dismiss Plaintiff's Breach of Contract Claim. On March 28, 2008, the court dismissed with prejudice all counts of Plaintiff's Complaint except her breach of contract claim. For the following reasons, The Arc requests that the court reconsider its denial of the motion to dismiss.

In her Complaint, Plaintiff alleges that the provisions in The Arc's Personnel Policies Manual ("Manual") are contractual in nature. Plaintiff attached selected portions of the Manual to her Complaint. The Arc attached the Manual in its entirety to its Motion to Dismiss. The court did not consider the entire Manual when it denied The Arc's motion to dismiss Plaintiff's breach of contract claim.

When a document integral to a plaintiff's claim is referred to in the complaint a court may consider the entire document in ruling on a motion to dismiss. Consideration of such a document does not convert the Federal Rule of Civil Procedure 12(b)(6) motion to dismiss into a motion for summary judgment under Rule 56.

The Arc's Manual disclaims any "promise of continued employment" and states that employment is "at-will" and may be "terminated at any time, for any reason." For the above reasons, as explained in detail in the attached memorandum of law, The Arc respectfully requests

that the court reconsider its earlier decision not to review the The Arc's Manual and reconsider its earlier denial of Defendant's motion to dismiss Plaintiff's breach of contract claim.

    A [proposed] Order is attached.

                                  Respectfully submitted,

                                  **JACKSON LEWIS LLP**

April 11, 2008                       By: /s/ Michael N. Petkovich
                                       Michael N. Petkovich (D.C. Bar No.461244)
                                       8614 Westwood Center Drive, Suite 950
                                       Vienna, Virginia 22182
                                       (703) 821-2189
                                       (703) 821-2267 (fax)
                                       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on April 11, 2008, a copy of the foregoing Defendant's Motion for Reconsideration and attached [proposed] Order was filed with the court by electronic means; opposing party and the judge were served consistently with the instructions therein.

                              By: __/s/ Michael N. Petkovich_____
                              Michael N. Petkovich (D.C. Bar No. 456010)
                              **JACKSON LEWIS LLP**
                              8614 Westwood Center Drive, Suite 950
                              Vienna, VA 22182
                              (703) 821-2189
                              (703) 821-2267 [fax]
                              petkovim@jacksonlewis.com
                              **Attorney for Defendant**

## DUTY TO CONFER UNDER LCvR 7(m)

As this motion is dispositive in nature, no duty to confer is required.

                              By: __/s/ Michael N. Petkovich_____
                              Michael N. Petkovich (D.C. Bar No. 456010)
                              **JACKSON LEWIS LLP**
                              8614 Westwood Center Drive, Suite 950
                              Vienna, VA 22182
                              (703) 821-2189
                              (703) 821-2267 [fax]
                              petkovim@jacksonlewis.com
                              **Attorney for Defendant**