UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lowry Martin** )<br>)<br>         **Plaintiff,** )<br>**v.**                                                )<br>)<br>**The Arc of the District of Columbia** )<br>)<br>         **Defendant.** ) | Civil Action No.:  **1:05CV01411**<br><br>**Judge Emmet G. Sullivan** |

### ORDER

This matter is before the Court on the Defendant's Motion for Reconsideration of the Court's denial of Defendant's Motion to Dismiss the Complaint. Having reviewed Defendant's motion and memorandum in support, any opposition to same, and any reply thereto, and finding good cause Defendant's motion for reconsideration is GRANTED.

**FURTHER IT IS ORDERED** that the Defendant's motion to dismiss is **GRANTED**. Plaintiff's breach of contract claim is dismissed with prejudice.

_____
U.S. District Judge Emmet G. Sullivan

Signed on _____, 2008

4